FILED

2003 OCT 10 P 12: 47

US

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARSHALL AVIATION, LLC** | : | CIVIL ACTION NO. |
| | : | 303CV1013 (SRU) |
| VS. | : | |
| | : | |
| **AIG AVIATION, INC.** | : | OCTOBER 8, 2003 |

### JOINT MOTION FOR AMENDMENT OF SCHEDULING ORDER

Pursuant to an agreement between the parties, Marshall Aviation, LLC, AIG Aviation, Inc., and The Insurance Company of the State of Pennsylvania, hereby propose to amend the Scheduling Order in the following manner:

The Plaintiff will provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by no later than October 31, 2003. Deposition of such experts will be completed by no later than December 15, 2003.

The Defendants will provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by no later than January 9, 2004. Deposition of such experts will be completed by no later than February 23, 2004.

Dispositive motions will be filed on or before March 23, 2004.

No other deadlines are requested or anticipated to be affected by these changes.

**NO ORAL ARGUMENT REQUESTED**

MOTION GRANTED.
SO ORDERED. /s/ Stefan R. Underhill (U.S.D.J.)
2003 OCT 15

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361   FACSIMILE (860) 525-4849   JURIS NO. 24029