**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2003 OCT 22  P 4: 14

US

MARSHALL AVIATION, LLC                    :

v.                                        :

                                          :   Civil Action No.
AIG AVIATION, INC.                        :   3:03cv1013 (SRU)


## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___    A ruling on the following motions which are currently pending:  (orefm.)

_X__    A settlement conference (orefmisc./cnf)

___    A conference to discuss the following:  (orefmisc./cnf) _____

___    Other:  (orefmisc./misc) _____


SO ORDERED this _22nd_ day of October 2003, at Bridgeport, Connecticut.

Stefan R. Underhill
United States District Judge