

AIG Aviation, Inc.
7047 E. Greenway Parkway • Suite 350
Scottsdale, Arizona 85254

Telephone (480) 699-8350
Facsimile (480) 699-8375

April 23, 2003

VIA OVERNIGHT MAIL AND FACSIMILE
(860) 525-4849

Mr. Robert J. O'Brien
Gordon, Muir and Foley, LLP
Hartoford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106-5123



RE:  Insured:      Marshall Aviation, LLC
     Aircraft:     1974 Beech 58, N432DL
     Date of Loss: 11/14/02
     Claim No.:    HG02500

Mr. O'Brien:

This will acknowledge receipt of your letter dated March 28, 2003.

American Avionics, Inc. has completed the initial testing of our insured's equipment and no defects were noted. More rigorous testing will be required to re-certify the equipment and the preliminary estimate for this is $7,000. The following equipment: GC-381A, TNL-2000APR, TRI-40, Argus 5000, WX-1000, ADC-200 must be returned to the manufacturer for re-certification. American Avionics is able to coordinate this activity on our insured's behalf.

Per our letter of February 5, 2003 we outlined the pertinent policy language that would apply to the adjustment of our insured's claim. We believe the most appropriate repair alternative available is based on the scope of repair described by American Avionics, Inc. We are providing an advance payment for the costs associated with inspecting and re-certifying the undamaged equipment as well as funds associated with the undisputed components of the claim. For discussion purposes, your client's fax demand of March 20, 2003 for $103,559.28, is summarized as follows:

A Member Company of American International Group, Inc.

AIGAVIATION

April 23, 2003
Page 2

1.  11/15/02    American Express billing for 3 airline tickets
2.  11/26/02    movement of aircraft
3.  11/22/02    VIP Avionics invoice
4.  12/31/02    VIP Avionics Invoice
5.  No Date     American Express plane rentals
6.  1/6/03      hangar storage
7.  1/30/03     hangar storage
8.  2/7/03      VIP replacement estimate for all avionics
9.  2/13/03     shipping equipment to American Avionics
10. 3/18/03     Master Aviation evaluation

Item number 1 appears to be an expense that may fall under the BROAD COVERAGE ENDORSEMENT paragraph 16 on page 5 of the Broad Coverage Endorsement states:

"16.  TRIP INTERRUPTION COVERAGE

    We will reimburse you for "Trip Expenses" that you incur for alternate transportation of passengers, because of a loss that is otherwise covered by this policy, subject to the following:

    1.  "Trip Expenses" include only the transportation costs:

        a) incurred at least 12 hours after a loss, which renders the aircraft unairworthy and remains so at the time you incur the "trip expenses";

        b) from the place of loss to the original destination or the aircraft's home airport, whichever is closer;

        c) up to $200 each passenger and $1,000 each occurrence and must be properly receipted, documented and submitted to us for reimbursement.

AIGAVIATION

April 23, 2003
Page 3

2.  The **aircraft** involved in the **loss** must:

   a) appear in Item 3 of the Coverage Summary Page
      with In **Flight Physical Damage** Coverage C;

   b) incur at least $2,500 of **physical damage**;

   c) take place beyond a 300 nautical mile radius of
      the **aircraft's** home airport, departure airport,
      or airport destination.

3.  This coverage does not apply if **we** reimburse **you**
   for "Extra Expense" incurred in leasing or renting
   a temporary aircraft or aircraft parts."

Items 2,3,4, 9 and 10 we accept and do not need any further
documentation.

Item 5 has been addressed in our letter of 1/27/03 which we
have attached for your information. We will require further
documentation for this component of the claim.

Item 6 and 7 have been addressed by our payment directly to
VIP Avionics on 3/7/03 through check number 181792.

Item 8 does not appear to be in order as the equipment can
be re-certified at a cost of approximately $7,000. We will
be pleased to review the actual invoices upon completion of
the re-certification and will address any additional
charges for the re-certification of 6 pieces of equipment
outlined above.

We have attached a Partial Proof of Loss Form for the sum
of $17,122.14. This is the sum of the damages currently
identified and we will address the open items once they are
assessed. An itemization of the advance payment is as
follows:

Avionics recertification      $ 7,000.00
Master Aviation               $ 5,737.31
VIP invoice #234              $ 1,970.51



April 23, 2003
Page 4

| | |
|---|---|
| VIP invoice #22955 | $   230.02 |
| VIP invoice #23049 | $ 1,860.30 |
| VIP No invoice given | $   424.00 |
| Total | $17,222.14 |
| Deductible | ($   100.00) |
| Adjusted amount | $17,122.14 |

Please ask our insured to sign and date the Partial Proof of Loss and have it notarized. We are sending our payment in the $17,122.14 under separate cover.

In the event you disagree with our assessment of the loss we would direct you to conditions 4 and 6 on page 8 of the policy:

"4.  APPRAISAL OF LOSS
    If you disagree with us on the amount of loss to your aircraft, each of us upon written notice to the other, will hire at its own expense an independent aircraft appraiser. The appraisers will then agree on a knowledgeable and neutral umpire. If they cannot agree on the umpire in 15 days, a Judge of the county of the pending appraisal will appoint the umpire. Agreement by any two of these shall determine the amount of the loss. You and we will share the umpire's cost equally. But this clause shall not deprive us of any of our rights."

"6.  PAYMENT OF CLAIMS AND SUIT AGAINST US
    You agree to comply with all the terms of this policy before we have to pay or before you can sue us. But we do not have to pay nor can you sue us for:
    a)    Loss to your aircraft, or for medical expenses until the amount of loss and the amount of medical expenses are determined, and not until 30 days after you file written Proof of Loss with us. Payments we make for Medical Expenses shall not constitute admission of any liability by an insured, us or the Aviation Managers.
    b)    your liability for bodily injury or property damage until the amount of you legal liability



April 23, 2003
Page 5


has been determined or by our written agreement with
the claimant.
This policy will not cover a suit against us for loss
or medical expenses instituted more than one year
after the occurrence.
Our obligations are not reduced if you or your estate
is legally declared bankrupt or insolvent."

Please contact me directly with any questions at my direct
dial (480)699-8314 or tracy.reasoner@aig.com.

Very truly yours,

Tracy L. Reasoner
Senior Claims Representative

TLR/s

Enclosures

Cc:  Aviation Insurance Resources
     Jacy Watt
     Bernie Coogan

## GORDON, MUIR AND FOLEY, LLP
ATTORNEYS AT LAW
HARTFORD SQUARE NORTH
TEN COLUMBUS BOULEVARD
HARTFORD, CONNECTICUT 06106-5123
TELEPHONE: (860) 525-5361
FACSIMILE: (860) 525-4849

## FAX TRANSMISSION

DATE: May 1, 2003

FILE: C25598

TRANSMIT TO:          Mr. Michael Grady

FIRM NAME:            AIG Aviation

FAX NUMBER:           (480) 699-8375

THIS FAX IS FROM:     Robert J. O'Brien

TOTAL PAGES TRANSMITTED (INCLUDING COVER PAGE):      3

PLEASE VERIFY RECEIPT OF TRANSMISSION:    YES ☐    NO ☐

RECEIPT VERIFIED:                         YES ☐    NO ☐

DESCRIPTION OF DOCUMENT BEING SENT:

Re: Marshall Aviation, LLC

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS ATTORNEY PRIVILEGED, CONFIDENTIAL AND INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# GORDON, MUIR AND FOLEY, LLP

### ATTORNEYS AT LAW
### HARTFORD SQUARE NORTH
### TEN COLUMBUS BOULEVARD
### HARTFORD, CONNECTICUT 06106-1976
### (860)525-5361

ROBERT J. O'BRIEN

FAX
(860)525-4849
ro'brien@gmflaw.com
WEB SITE
www.gmflaw.com

May 1, 2003

Our File No. C25598

**VIA FACSIMILE AND FIRST CLASS MAIL**
Mr. Michael Grady
AIG Aviation, Inc.
7047 E. Greenway Parkway, Suite 350
Scottsdale, AZ  85254

Re:   Insured:        Marshall Aviation, LLC
      Aircraft:       1974 Beech 58, N432DL
      Date of Loss:   11/14/02
      Claim No.:      HG02500

Dear Mr. Grady:

As you know, AIG Aviation ("AIG") sent a letter addressed to me, as the insured's attorney, dated April 23, 2003, in which, among other matters, AIG indicated that a check in the amount of $17,122.14 was being forwarded under separate cover.  It is now eight days later and no check has arrived.

In addition to alerting you to the fact that the check has never been received, the principal purpose of this letter is to reject AIG's apparent intent to arrange for additional testing to be undertaken so as to recertify the various avionic components that were subject to reverse polarity back in November.  Recertification is, very simply, not an option.  For obvious safety reasons, the equipment has to be replaced.  This is an opinion that has been expressed to the insured not only by the manufacturer, Bendix-King, but by Al Ryan, AIG's initial adjuster, Bernie Coogan, AIG's representative who saw the plane in Hartford in early February, VIP Aviation in Hartford, and Master Aviation in Danbury, Connecticut.

The recent fiasco involving American Avionics in Seattle was the last straw.  Despite what Mr. Coogan said in front of the insured and a representative of VIP in February to the effect that not only should all the avionics be replaced but the electronic system requires evaluation and repair as well, and that the insured's claim would be paid in 2-3 weeks, Mr. Coogan subsequently reversed himself, evidently at the urging of AIG, and requested that the insured send the avionics to American Avionics for further testing.  While the insured was reluctant to comply with this request, Mr. Coogan's assurance that a "rush" would be put on the job and that it would be "one week tops" for the evaluation to be completed convinced the insured, in the spirit of cooperation, to have the units shipped to American Avionics in Seattle.  After two weeks went by with no word from anyone, the insured contacted American Avionics

GORDON, MUIR AND FOLEY, LLP

and spoke to an individual by the name of Terry Hull. Mr. Hull told the insured that neither Mr. Coogan nor anyone else advised him that this was a rush job. He said the units were turned on, seemed to be working, and were simply put to the side. Significantly, he had not been alerted to the fact that the equipment had been subjected to reverse polarity or that new fuses and power supplies had already been installed by VIP in Hartford.

Following several recent conversations with Mr. Hull, the insured has made arrangements for the equipment to be shipped to the manufacturer, Bendix-King, to obtain confirmation that replacement of the units is the only safe and viable option.

The insured is fully prepared to pay whatever it takes to restore its airplane with parts "of like kind and quality" as that phrase is used in AIG's policy of insurance. AIG's handling of this claim to date has been shockingly callous and from all indications - - including the removal of Al Ryan from the matter, and the reversals in position of Mr. Coogan - - appears to have been motivated solely by a desire to save claim expense. This conduct is actionable and the insured will seek reimbursement for all expenses from AIG recoverable under the law.

When - - or if - - the $17,122.14 check arrives, it will be deposited by the insured, who in turn will issue a check back to AIG for $7,000.00 representing AIG's estimate for further testing, because additional testing is unnecessary. The remainder of the check will be used to pay bills owed to vendors who have performed repair or evaluative services on the plane, yet who to date have not had their invoices honored by AIG. Under no circumstances will the insured sign the Partial Payment Proof of Loss document (which accompanied the April 23rd letter) in its present form. By copy of this letter to the Insurance Commissioner of the State of Connecticut, we are asking that an investigation of AIG's claim practices regarding this matter be initiated.

If any aspect of this letter is unclear, please do not hesitate to contact the undersigned.

Sincerely,

ROBERT J. O'BRIEN

RJO/mld
cc:    Mr. John Cherney, Marshall Aviation, LLC
       Mr. Tracy L. Reasoner, AIG Aviation, Inc.
       Susan F. Cogswell, Commissioner, Connecticut Insurance Department

::ODMA\PCDOCS\DOCS\330996\1



**AIG Aviation, Inc.**
7047 E. Greenway Parkway • Suite 350
Scottsdale, Arizona 85254

Telephone (480) 699-8350
Facsimile (480) 699-8375

June 12, 2003                              Via Fax and Overnight Mail

Robert J. O'Brien
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-1976

RE:    Insured:        Marshall Aviation, LLC.
       Policy:         LA 0199794-01
       Claim:          HG02500
       Date of Loss:   11/14/02
       Your File:      C25598

Dear Mr. O'Brien:

This is to acknowledge your letters of May 1, 2003 and May
13, 2003 on the above captioned claim. This will also
acknowledge our telephone conversation of June 5, 2003 and
your subsequent voicemail message to me of that same date.
As you know, Tracy Reasoner has resigned his position with
AIG to pursue other interests. For the time being, please
direct any correspondence on this matter to me at the
address listed above.

Mr. Ryan and Mr. Coogan were hired by us to gather
information regarding the claim. Sending the equipment to
American Avionics was for the purpose of obtaining an
independent assessment of the condition of the equipment.
As you know, American Avionics determined that most of the
equipment could likely be inspected and/or repaired and
returned to service. We understand that you disagree with
us regarding the nature and extent of the damage to the
avionics equipment. In policy terms, you disagree with us
on the amount of the loss. However, we see no point in our
insured returning a portion of the settlement funds we have
advanced when the amount being sought is in excess of what
we have already paid.

**AIG** A Member Company of American International Group, Inc.



Robert J. O'Brien
June 12, 2003
Page 2

It is our position that we can sort out any differences over the amounts paid at the completion of the appraisal process that I described to you over the telephone. Enclosed please find our insured's check for the sum of $7,000.

As I understand it, there appears to be two elements to our disagreement with our insured. The first is whether or not the error by our insured's mechanic in connecting the aircraft battery resulted in physical damage to the aircraft to the extent alleged by our insured. To the extent that our disagreement is over the nature and extent to which the aircraft was damaged and the appropriate scope of repair, we must respectfully invoke Condition 4 of the policy as previously described in Tracy Reasoner's letter of April 23, 2003 to you.

To the extent that you believe that the terms of the policy obligate us to purchase brand new radio equipment if the used equipment installed in the aircraft at the time of the loss proves to be damaged beyond repair, this would constitute a disagreement regarding the nature and extent of the coverage available under the policy. It would be inappropriate to seek to resolve a disagreement over the coverage available using Condition 4 of the policy. Tracy Reasoner's letter to you of February 6, 2003 discussed in detail the policy provisions with respect to the nature of the coverage purchased by Marshall Aviation, LLC.

If our insured's disagreement with our position is based on both the nature and extent of the damage to the avionics and the coverage available under the policy, I would ask that we apply Condition 4, Appraisal of Loss, as provided in the policy contract to resolve any disagreement over the nature and extent of the damage to the avionics equipment. Once our independent appraisers and a neutral umpire determine the amount of loss then you and I can work to



Robert J. O'Brien
June 12, 2003
Page 3

resolve any remaining disagreement regarding the coverage
provided by the policy.    Please appoint an independent
appraiser and we will do likewise.    Enclosed please find
copies of Mr. Reasoner's letters of February 6, 2003 and
April 23, 2003 for your convenience.

Yours very truly,

Michael Grady
Claims Manager

Enclosure

cc: John & Sondra Cherney, Marshall Aviation, LLC.
    Jacy Watt

VIP AVIONICS, INC.
58 Lindbergh Drive
Hartford, CT  06114

```
*******************
*  INVOICE 23720  *
*******************
```

SOLD TO:

DATE: 08/08/03
TERMS: 30 days
Tail#: N432DL
OUR TEL: 860-525-5713
YOUR TEL: 203-730-2550
ACCOUNT: JOCH

Marshall Aviation
PO Box 644
Boaz, AL  35957

W/ORDER#: 8029

---------------------------< DETAILS >----------------------------------

Complete installation as quoted.

-------------------------------------------------------------------------

| THK | QTY | PART NUMBER | DESCRIPTION | EACH | EXTENDED |
|---|---|---|---|---|---|
| 0 | 1.0 | PMA7000CD-MP3 | AUD/MKR/ICM PANEL | 2220.00 | 2,220.00 |
| 0 | 1.0 | KX500 | MFD | 8815.00 | 8,815.00 |
| 0 | 1.0 | GNS530 | GPS/NAV/COM | 10315.00 | 10,315.00 |
| 0 | 1.0 | KX165 USED | NAV/COM | 2450.00 | 2,450.00 |
| 0 | 1.0 | KD41-1448 | ANNC | 460.00 | 460.00 |
| 0 | 1.0 | GTX330 | MODE S TRANSPONDER | 3595.00 | 3,595.00 |
| 0 | 1.0 | WX1000E | S SCOPE PROCESSOR | 3500.00 | 3,500.00 |
| 0 | 1.0 | WX1000 | DIPLAY | 3000.00 | 3,000.00 |
| 0 | 1.0 | KG-102A | REMOTE DG | 3175.00 | 3,175.00 |
| 0 | 1.0 | KI-525A | HSI | 3250.00 | 3,250.00 |
| 0 | 1.0 | KA52 | A/P ADAPTER | 2250.00 | 2,250.00 |
| 0 | 1.0 | ADC200 | AIRDATA COMP | 2850.00 | 2,850.00 |
| 0 | 1.0 | 1D496-01002 | A/P COMP AMP | 4300.00 | 4,300.00 |
| 0 | 1.0 | 1C543-1 | A/P SYS COUPLER | 2050.00 | 2,050.00 |
| 0 | 1.0 | 1C709 | TRIM AMP | 895.00 | 895.00 |
| 0 | 1.0 | ART 161A | RADAR RT | 7500.00 | 7,500.00 |
| 0 | 1.0 | MISC. | INSTALL SUPPLIES | 500.00 | 500.00 |
| 0 | 1.0 | CI-211 | DATA UPLINK ANTENNA | 585.00 | 585.00 |
| 0 | 1.0 | KN63 W/KDI572 | DME SYS | 5250.00 | 5,250.00 |
| 0 | 1.0 | 5934PA-3 | ALTIMETER | 800.00 | 800.00 |
| 0 | 1.0 | AILERON | A/P SERVO | 1145.00 | 1,145.00 |
| 0 | 1.0 | ELEVATOR | A/P SERVO | 1145.00 | 1,145.00 |
| 0 | 1.0 | TRIM | A/P SERVO | 1325.00 | 1,325.00 |

---- MAINTENANCE RELEASE  CRS # THSR223N -----
The aircraft, airframe, engine, or appliance
identified was repaired and inspected in
accordance with current regulations of the FAA
and is approved for return to service.

Signed _____ DATE 8/8/03

----------TOTALS------------

LABOR: 20,470.00
PARTS/OTHER: 71,325.00
OUTSIDE WORK: 0.00
SHIPPING & INS.: 0.00

SALES TAX - OOS: 5,507.70

***** TOTAL $ : 97,302.70



# World's First Audio Panel to Combine Communications and Entertainment into One System!



**Check Warranty for important information**

 ALL FILES REQUIRES ADOBE ACROBAT PDF VIEWER TO VIEW

## Read what Avionics West had to say in its recent Product Review

## Can the PMA7000-CD withstand an aircraft environment? Click here to find out.

## The PMA7000CD system is now comes standard with MP3 player.

**Click here for a printer friendly version of this page**

The PMA7000CD combines a version of the PMA7000MS and PCD7100 to create an extremely versatile audio panel with a remote-mounted CD/MP3 player. The single-disk player is controlled by the PMA7000CD, eliminating the pushbuttons on the CD player itself. This reduces panel space requirements by 25%, not to mention costs. To make room for the CD controls, the archaic DME and ADF

buttons were dropped (although the audio inputs are still functional) and replaced with the CD controls.

The split mode, pioneered by PS Engineering, is still available, but now uses an intuitive push button selection. To make operation simpler, Com 1 priority is provided to the pilot, in split mode, with copilot selection of Com 2 or 3. The audio panel has concentric volume controls, one for intercom and one music volume. The PMA7000CD retains the dual independent music sources. These can be paralleled to the PCD7100-R if desired.

The telecommunications distribution in the PMA7000CD has also been improved by adding a full-duplex interface to aviation-standard impedance. This allows distribution of AirCell and Globalstar and Iridium conversations, providing private telephone calls by the pilot or copilot, or party line calls with the passengers and/or crew, using Com 3. The unit can easily be configured as either a Com 3 aviation or Com 3 AirCell interface at installation. The PMA7000CD now has four un-switched and un-muted inputs. This adds flexibility when installed with today's advanced warning systems, like Skywatch or TAWS.

An optional Digital Recorder is available. This is a continuous loop recorder that records the aircraft radio activity that is selected to be used for transmissions. Up to 1 minute/16 messages can be stored.

--------------------------------------------------

**New Approaches - Product Pricing - Dealer List - Testimonials**
**FAQ - Request Information - What's New - Warranty**
**Product Support - Home**
**Contact us for more information!**

ENGINEERING
INCORPORATED

**9800 Martel Rd - Lenoir City, TN - 37772**
**Pre-Sales: 1-800-ICS-AERO (427-2376)**
**Technical Support: (865) 988-9800**

**FAX (865) 988-6619**
**E-Mail: contact@ps-engineering.com**

--------------------------------------------------

©1996-2003 PS Engineering, Inc.
*All Rights Reserved*

# AUDIO SELECTOR PANELS
## F A A - T S O   A P P R O V E D

### PMA7000B-TSO



The PMA7000B represents the next step in audio control. With our patented IntelliVox® intercom operation is simplified. The PMA7000B provides easy access to cellular telephone systems.

| Model | Description | List Price |
|---|---|---|
| PMA7000B | Audio Panel with 6-Place Stereo Intercom | $1895 |
| Option 1 | Digital Recorder Aural Warning System | $300 |

### PMA7000CD-TSO



Finally, an affordable audio control system that provides everything at your fingertips. With all the capabilities of the PMA7000B, this system adds remote compact disc player control.

| Model | Description | List Price |
|---|---|---|
| PMA7000CD | Audio Panel, 6-Place Stereo Intercom and Remote CD | $2295 |
| PMA7000CD-M | Same as above but with MP3 capability | $2595 |
| Option 1 | Digital Recorder Aural Warning System | $300 |

### PAC24-TSO



The PAC24 was designed specifically for helicopter, EMS, and Special Mission aircraft. KMA24H-71 plug and play replacement, the PAC24 offers 7 split modes, full duplex Com 5, and IntelliVox®. Connect two PAC24s and get a 3rd transmit seat.

| Model | Description | List Price |
|---|---|---|
| PAC24 | Audio Selector Panel with 5-place Mono Intercom | $2395 |
| Option 1 | Digital Recorder Aural Warning System | $300 |

### PMA6000-TSO



The PMA6000 is an audio selector panel with integrated 6-place intercom and a 3-light marker beacon, with 3 Com capability.

| Model | Description | List Price |
|---|---|---|
| PMA6000C | Audio Panel with 6-place Mono Intercom | $995 |
| PMA6000M-C | Same as above but with Marker Beacon | $1195 |

### PMA4000-TSO

An intercom and Nav/com control panel in about the space of a panel mounted intercom, the PMA4000 offers the simplicity of IntelliVox® - automatic intercom squelch. An optional digital recorder is available that stores 60-seconds of radio traffic.



| Model | Description | List Price |
|---|---|---|
| PMA4000 | Audio Selector Panel with 4-place Intercom | $849.95 |
| Option 1 | Digital Recorder Aural Warning System | $300 |

# PANEL MOUNTED INTERCOMS
## F A A - T S O   A P P R O V E D

**All PM1000II and PM3000 come complete with Jack Kit.**

### PM1000II-TSO



The most popular panel-mount intercom according to the Aircraft Electronics Association. Individual Volume and Vox controls assures clear and reliable communications.

| Model | Description | List Price |
|---|---|---|
| 11922-TSO | 4-place Panel Mount with Pilot Isolate | $349.95 |
| 11920-TSO | 4-place with Internal Crew and Dual Music Inputs | $459.95 |
| 11906 | Same as 11922 but with Digital Recorder | $479.90 |
| 11908 | Same as 11920 but with Digital Recorder | $549.85 |
| 11616 | 6-place Expansion with IntelliVox® | $399.95 |

### PM1200



Specifically designed for the noisiest of aircraft, this intercom not only has our patented IntelliVox® circuits but also our latest invention, Active Microphone Processor (AMP).

| Model | Description | List Price |
|---|---|---|
| 11960 | 2-place Panel Mount with IntelliVox® or PTT-ICS | $499.95 |
| 11961 | Same as above but mounted blindly | $499.95 |

### PM3000



Hi-Fi Stereo Panel-Mount Intercom provides great sounding stereo music as well as clear intercom communications. Karaoke Mode and optional 2 music inputs rounds out this industry-standard intercom.

| Model | Description | List Price |
|---|---|---|
| 11931-TSO | 4-place Stereo Panel Mount with Pilot Isolate | $469.95 |
| 11932-TSO | 6-place Stereo Intercom with Isolate, All, and Crew | $599.95 |
| 11933 | Same as 11931 but with Digital Recorder | $599.95 |
| 11934 | Same as 11932 but with Digital Recorder | $729.90 |

### PCD7100-TSO



This intercom includes a 6-place IntelliVox® Stereo Intercom with a built-in Compact Disc Player, Pilot Isolate, All, and Crew with 2 Music Inputs standard.

| Model | Description | List Price |
|---|---|---|
| 11950-TSO | PCD7100-I 6-place Stereo Intercom with CD Player | $995 |
| 11956-TSO | Same as above but with MP3 and MP3pro capability | $1295 |
| 11951 | Same as 11950 but w/1 minute digital aircraft recording system | $1124 |
| 11952-TSO | PCD7100-P Compact Disc Player only | $695 |
| 11958-TSO | Same as above but with MP3 and MP3pro capability | $995 |
| 11953 | Same as 11952 but with 6-Channel Aural Warning System | $865 |

### PXE7300-STC

| Model | Description | List Price |
|---|---|---|
| 11970 | Inflight Entertainment System | $1495 |
| Option 1 | Cabin Briefing | $199 |
| Option 2 | European Tuning | N/C |

## INTERCOM ACCESSORIES

| | | |
|---|---|---|
| 575-002-0003 | 2¾" Hole Mounting Plate for 11920 | $19.95 |
| 575-002-0005 | 2¾" Hole Mounting Plate for 11932 | $19.95 |
| 575-002-0007 | 2¾" Hole Mounting Plate for 11931 | $19.95 |
| 12000 | The Muse® Personal Music Device | $199.95 |
| 13000 | Hi-Fidelity Headset Conversion | $75.00 |

# Flightmax
# EX500



**AVIDYNE INTRODUCES NEXT-GENERATION FLIGHTMAX EX500**

**WHICH INCLUDES INTEGRATED NARROWCAST DATALINK**

**With integrated datalink and an ultra-bright high-resolution display,**

**the FlightMax EX500 sets a new standard for multi-function display systems.**

**EAA AirVenture 2002, Oshkosh, WI—July 23, 2002 – Avidyne today introduced the FlightMax EX500, the first multifunction display in the industry with integrated datalink, high-resolution display, one touch user interface, at a price that will make datalink affordable for general aviation aircraft owners.**

**Avidyne's new FlightMax EX500 brings revolutionary, next-generation, integrated-datalink**

multifunction display capability to the flight deck of business and general aviation aircraft.

With datalink built-in, the FlightMax EX500 provides you with the weather you want along your route of flight, including NEXRAD and graphical METAR weather information seamlessly integrated with your flight plan, traffic, lightning, and an exceptional color-contoured terrain and water base map.

All special-use and class B, C and D airspaces are color-keyed for added clarity, and can be displayed at the same time as NEXRAD or weather radar data for in flight route planning. Comprehensive Jeppesen NavData™ and an expansive obstacle database provide an unparalleled view of your flight environment. Full overlay capability allows you to select traffic, Stormscope, and radar, with forward view and 360-degree center view maps. The FlightMaxEX500 is the only large display product which shows easy-to-see curved flight path segments such as DME arcs, holding patterns and procedure turns, overlaid with traffic, terrain, radar or datalink weather, airports and runway diagrams, taking the guess work out of shooting instrument approaches.

The FlightMax EX500's industry-leading user interface dramatically improves the ability to access and display critical flight data. This design philosophy keeps operation simple and consistent by allowing you to select and display what you need on a single easy-to-interpret

integrated moving map. The FlightMax EX500 also provides easy access to radar modes, tilt control, and bearing adjust, without leaving the map.

With the FlightMax EX500's integrated map operation, you can display your moving map with radar or datalink weather, special-use airspace, traffic, terrain, and lightning, all on one integrated map.

 "The integrated-datalink FlightMax EX500 sets a new standard for features, functions, and overall utility, all at a price unmatched in the industry," said Mark Sandeen, director of sales and marketing. "With more than twice the pixels of alternative displays and an incredibly wide viewing angle, FlightMax EX500 is the right place to display your datalink weather."

"We expect that the EX500 will replace the Stormscope® as the primary source of weather information in light general aviation aircraft, and our strategy is to make it as user-friendly and affordable as possible," said Avidyne president Dan Schwinn. "Building datalink into our display products allows us to dramatically improve the level of integration and reduce pilot workload, while taking out cost."

About Avidyne's Narrowcast Datalink

 "Narrowcast" technology combines the benefits of the broadcast system (high bandwidth) with the advantage of a satellite system (complete coverage). Once your system has been initialized on the network we begin sending weather unique to whatever part of the country you are in. Once your flight plan has been entered on your airplanes navigation system, it is then down-linked to our network operations center via the satellite link. Since the network operations center knows your route of flight, your current position and since our system knows the NEXRAD weather – we can send the relevant weather (both METAR's and NEXRAD) directly to the airplane based upon the preferences that you have set. The network operations center tracks your flight and continuously sends the relevant weather without any pilot intervention or actions required. The weather products that you specify in the user preferences settings are delivered to your airplane

when you need them at any altitude. When you land, the Avidyne datalink system sends a simple command telling the operations control center that the flight is complete and weather updates are no longer required. With Narrowcast, you only pay for the weather you use.

**Pricing and Availability**

**FlightMax EX500 multifunction displays with integrated datalink start at $8,995.**

**FlightMax EX500 systems with radar and integrated datalink capability start at $9,995.**

**Page Last Updated: 12/12/2002**

**Back**



# GARMIN

What's New | Products | Support | Site Map | How to Buy

Shop |

Home > Aviation > Products > GNS 530                Search: [          ] [GO]

## Aviation
GNS 530

Specifications

Accessories
Manuals
Aviation Seminars
FAQs

Click to enlarge the image



The **GDL 49** can add weather information to this unit.



Receive FAA Traffic Information Services (TIS) with the **GTX™ 330/330D.**

**Package Includes:**

- GNS 530 and NavData Card
- Basemap: Worldwide Land
- GPS Antenna
- Installation Rack and Connectors
- Pilot's Guide
- Quick Reference Guide
- Database Subscription Packet

The Garmin GNS 530 represents the single biggest idea in integrated avionics in years. Traditionally, it would take a host of components to provide the capabilities represented in this one sophisticated box. It is a WAAS upgradeable IFR GPS, com, VOR, LOC and glide-slope with color moving map all rolled into one. A TSO'd VHF comm offers a choice of 25 kHz or 8.33 kHz spacing for 760 or 3040 channel configuration respectively. A huge Jeppesen database (which can be updated with front-loading data cards) contains all airports, VORs, NDBs, Intersections, FSS, Approach, SIDs/STARs and SUA information. The GNS 530 makes practical use of this information with features like intelligent frequency nomination.

The brilliant colors of the GNS 530's 5" display make the pilot-critical information easy to read and interpret. It's especially true of the 530's basemap. You enjoy enhanced situational awareness by seeing your position relative to cities, highways, railroads, rivers, lakes and coastlines. But even more important, the appropriate use of color separates land data, terminal areas, route, and approach information for easy pilot scanning and reduced pilot workload. Simply put, the GNS 530 incorporates advanced procedure types usually found only in high-end FMS systems.

The GNS 530's intuitive software and logical layout prove that this is a system built for pilots, by pilots. So much information. So easy to use. The GNS 530. It'll change the way you look at avionics.



▶ **Free 500 Series Simulator**

**Download**
(13.5 MB) Jeppesen® Database and Current Operating Software with Oceanic Approval FDE Prediction Capability.
**More Details >>**



▶ **Product Training Video**

**Produced by Garmin**
**Buy Now**

Available from local dealers or our online store. More Info>

▶ **Free Flight Syllabus/Lesson Plans**

New! Garmin GNS 530/430 series avionics sample training syllabus and lesson plans are now available for download!

### Aviation
▶ **Product Comparison**



TOP

Copyright 1996-2003 Garmin Ltd. or its subsidiaries
Privacy Statement/Terms of Use



**GARMIN**    What's New | Products | Support | Site Map | How to Buy    Shop |

Home > Aviation > Products > GTX 330    **Search:**

# GTX 330 / 330D



Click to enlarge the image

Click to view estimated Mode S coverage

The GTX™ 330/330D are Mode S, IFR-certified transponders with datalink capability, including local traffic updates and expandability to accommodate potential future services such as ADS-B. Now, from the comfort of your aircraft, you can receive FAA Traffic Information Services (TIS), including location, direction, altitude, and climb/descent information of nearby aircraft on your GNS 530 or GNS 430. The result is improved communication between aircraft and air traffic control (ATC), providing U.S. pilots with greater traffic awareness in busy terminal areas.



Click to enlarge the image

FAA Traffic Information Services (TIS) on the GNS 430

Built on the same receiver and transmitter technology as our best-selling GTX 327, these units' solid-state design increases efficiency by using less power, creating less heat emissions, and eliminating warm-up time. Both units feature an easy-reading DSTN Liquid Crystal Display which reverses the numbers out of black for optimal viewing, an innovative keypad that makes entering a squawk code a snap, and a dedicated VFR button for quick-and-easy VFR squawking. The GTX 330 and 330D also offer several timing and display functions: flight time, count-up and count down timers, and current pressure altitude. Other features include remote ident and auto standby, plus altitude monitor with voice alerting.

The GTX 330D contains all of the features of the GTX 330, and adds antenna diversity for improved visibility to TCAS-equipped aircraft flying above you.

Together, the functionality of the GTX 330/330D, used with the innovative GNS 430 and 530, represents a whole new standard in transponder utility.

**Please note:** The GTX 330 and GTX 330D both meet the requirements of Level 2 Mode-S to satisfy the upcoming European Mode-S mandate for Elementary Surveillance.

**Product Comparison**



TOP

Copyright 1996-2003 Garmin Ltd. or its subsidiaries
Privacy Statement/Terms of Use





SYSTEM SPECS
BROCHURE
INSTALLATION/OPS MANUAL
WIRING DIAGRAMS
FAQ'S

<< BACK

# ADC-2000

Now you can link your long range navigation capabilities at an afforda price. This next generation (remote-mounted) Fuel/Airdata Compu offers all the functions of the ADC-200:

- Real-time individual engine fuel flow (fuel remaining/used, fuel destination, left/right engine used)

- TAS, wind aloft, wind component

- Mach, Indicated Air Speed, Instantaneous Vertical Speed, True Temperature, Rate of Turn, Outside Air Temperature, Pressu Altitude, Density Altitude, Magnetic Heading.

The Shadin F/ADC-2000 incorporates a standard ARINC 429 driver boa with switch selectable output to drive most flight management a avionics display systems (e.g., ASNIC Airshow, Ground Proximity Warni Systems, and other multi-sensor navigational management syste requiring ARINC 429 output. The ADC-2000 delivers the capability taking baro-correction altitude from a compatible altimeter to genera baro-corrected altitude feed, automatically updating the GPS a relieving the pilot from having to enter it manually.

The F/ADC-2000 provides high resolution altitude management In ten fo increments to 55,000 feet to drive the vertical NAV feature of newer G receivers for approach. Additionally, pressure altitude data automatically used by most GPS systems to substitute for the 4th satell if it is not in range to compute 3-D position -all without manual entry altitude.

Shadin Co., Inc.                          Sales: (800) 328
6831 Oxford Street                         Sales Fax: (952) 924
St. Louis Park, MN 55426-4412  U.S.A.      Tech Support: (800) 388
E-mail: sales@shadin.com                   Tech Fax: (952) 924
(952) 927 6500