03CV1013MEXTTIME
FILED

2003 DEC 16 P 12:34

UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL AVIATION, LLC | : | CIVIL NO. 303CV1013(SRU) |
| Plaintiff | : | |
| VS. | : | |
| AIG AVIATION, INC. and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | : | |
| Defendants | : | DECEMBER 15, 2003 |

**JOINT MOTION TO MODIFY AMENDED SCHEDULING ORDER**

Pursuant to an agreement between the parties, Marshall Aviation, LLC, AIG Aviation, Inc., and The Insurance Company of the State of Pennsylvania hereby move to modify the Court's October 15, 2003 Amended Scheduling Order in the following manner:

The deposition of Plaintiff's expert will be completed by no later than January 30, 2004.

The Defendants will provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by no later than February 24, 2004. Deposition of such experts will be completed by no later than April 10, 2003.

Dispositive motions will be filed on or before May 8, 2004.

No other deadlines are requested or anticipated to be affected by these changes.

**NO ORAL ARGUMENT REQUESTED**

1

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

MOTION GRANTED.
SO ORDERED. 1/5/04