STATUS CONFERENCE HELD
DATE 1/12/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

January 12, 2004

4:30 p.m.

CASE NO. **3:03cv1013**   <u>**Marshall Aviation v. AIG Aviation**</u>

Peter M. Van Dyke
Steven E. Arnold
Stanger & Arnold, LLP
29 S. Main St. Suite 325
West Hartford, CT 06107


Jonathan E. Snyder
Robert J. O'Brien
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976


                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK