FILED
2003 OCT -9 P 2: 26
US [...]

UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL AVIATION, LLC | CIVIL NO. 303CV1013(SRU) |
| Plaintiff | |
| VS. | |
| AIG AVIATION, INC. and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | |
| Defendants | OCTOBER 9, 2003 |

Denied, as set forth on the record during the telephone conference today. So ordered. 1/12/04

FILED 2004 JAN 13 A 9:40

## DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Pursuant to Fed.R.Civ.P. 7, Local Rule 7, and 9 U.S.C. §2, *et seq.*, Defendants, AIG Aviation, Inc. and The Insurance Company of the State of Pennsylvania, move to compel Plaintiff to arbitrate the insured value of its claimed loss pursuant to the Appraisal of Loss Condition of Plaintiff's insurance policy with The Insurance Company of the State of Pennsylvania, and to stay all proceedings pending the completion thereof. In support of their Motion, Defendants herewith submit a Memorandum of Law In Support of Defendants' Motion To Compel Arbitration And Stay Proceedings.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

1

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042