**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **MARSHALL AVIATION, LLC** | : | **CIVIL ACTION NO.** |
| | : | |
| **VS.** | : | **303CV1013 (SRU)** |
| | : | |
| **AIG AVIATION, INC., et al.** | : | **JANUARY 26, 2004** |

**MOTION TO AMEND ORDER**

Pursuant to an agreement between the parties, Marshall Aviation, LLC, AIG Aviation, Inc., and The Insurance Company of the State of Pennsylvania, hereby propose to amend the Court's Order of January 12, 2004, requiring both parties to nominate their appraisers pursuant to the appraisal of loss provision in the subject insurance contract by January 26, 2004. As the appraiser for the Plaintiff is presently in Indonesia and cannot meaningfully participate in the appraisal process, by consent, appraisers will be nominated by the parties on or before March 1, 2004.

**NO ORAL ARGUMENT REQUESTED**

PLAINTIFF,
**MARSHALL AVIATION, LLC**

_____
JONATHAN E. SNYDER
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106
(860) 525-5361
Federal Bar No. ct22572

## **CERTIFICATION**

I hereby certify that a copy of the foregoing mailed was mailed, first class, postage prepaid mail, on January 26, 2004, to:

Peter Van Dyke, Esq.
Stanger & Arnold, LLP
29 South Main Street, Suite 325
West Hartford, CT 06107

_____
JONATHAN E. SNYDER

354780

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
915 LAFAYETTE BLVD.
BRIDGEPORT, CT 06604