# FILED

2004 MAR -1  P 2: 3b

US DISTRICT COURT
BRIDGEPORT CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL AVIATION, LLC | : | CIVIL ACTION NO. |
| | : | |
| VS. | : | 303CV1013 (SRU) |
| | : | |
| AIG AVIATION, INC., et al. | : | FEBRUARY 27, 2004 |

### JOINT MOTION TO AMEND ORDER

Pursuant to an agreement between the parties, Marshall Aviation, LLC, AIG

Aviation, Inc., and The Insurance Company of the State of Pennsylvania, hereby

propose to further amend the Court's Order of January 12, 2004, requiring both parties

to nominate their appraisers pursuant to the appraisal of loss provision in the subject

insurance contract by January 26, 2004. The appraiser for the Plaintiff is presently in

Indonesia and will likely remain there until on or about March 15, 2004. As he cannot

meaningfully participate in the appraisal process, by consent, appraisers will be

nominated by the parties on or before March 22, 2004.

**NO ORAL ARGUMENT REQUESTED**

GORDON, MUIR AND FOLEY, LLP, Attorneys at Law, Hartford Square North, Ten Columbus Boulevard, Hartford, CT 06106-1976
Telephone (860) 525-5361          Facsimile (860) 525-4849          Juris No. 24029

Defendant's Counsel:                           Plaintiff's Counsel:


_____                      _____
Peter Van Dyke, Esq.                           Jonathan E. Snyder, Esq.
Stanger & Arnold, LLP                          Gordon, Muir and Foley, LLP
29 South Main Street                           10 Columbus Boulevard
West Hartford, CT 06107                        Hartford, CT  06106-5123
Fed Board#: ct24747                            Fed. Board # ct22572
Tel (860) 561-0650                             Tel (860) 525-5361
Fax (860) 561-0646                             Fax (860) 525-4849
pvd@salaw.us                                   jsnyder@gmflaw.com

2