03CV1013 SRU

FILED
2004 MAR -1 P 3: 40
US DISTRICT COURT
BRIDGEPORT CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL AVIATION, LLC | : | CIVIL ACTION NO. |
| VS. | : | 303CV1013 (SRU) |
| AIG AVIATION, INC., et al. | : | FEBRUARY 27, 2004 |

## JOINT MOTION TO ALLOW ELECTRONIC FILING OF PLEADINGS

Pursuant to the Federal Rules of Civil Procedure and by agreement between the parties, Marshall Aviation, LLC, AIG Aviation, Inc., and The Insurance Company of the State of Pennsylvania hereby request permission to file papers by electronic means in accordance with procedures set forth by the Court.

FILED
2004 MAR -9 P 3:40
U.S. DISTRICT COURT
BRIDGEPORT, CONN

NO ORAL ARGUMENT REQUESTED

Denied. Although I encourage parties to consent to electronic filing, the District Judges have adopted a policy against permitting electronic filing in cases pending on December 31, 2003. So ordered.

Stefan R. Underhill
United States District Judge
03/09/04

GORDON, MUIR AND FOLEY, LLP, Attorneys at Law, Hartford Square North, Ten Columbus Boulevard, Hartford, CT 06106-1976
Telephone (860) 525-5361         Facsimile (860) 525-4849         Juris No. 24029