UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARSHALL AVIATION, LLC** | : | **CIVIL ACTION NO.** |
| | : | |
| **VS.** | : | **303CV1013 (SRU)** |
| | : | |
| **AIG AVIATION, INC., et al.** | : | **MARCH 22, 2004** |

## JOINT MOTION TO AMEND ORDER

Pursuant to an agreement between the parties, Marshall Aviation, LLC, AIG Aviation, Inc., and The Insurance Company of the State of Pennsylvania, hereby propose to further amend the Court's Order of January 12, 2004, requiring both parties to nominate their appraisers pursuant to the appraisal of loss provision in the subject insurance contract by January 26, 2004. The appraiser for the Plaintiff is presently in Indonesia and will likely remain there until on or about April 15, 2004. As he cannot meaningfully participate in the appraisal process, by consent, appraisers will be nominated by the parties on or before April 23, 2004.

**NO ORAL ARGUMENT REQUESTED**

Defendant's Counsel:                                Plaintiff's Counsel:


_____                      _____
Peter Van Dyke, Esq.                                Jonathan E. Snyder, Esq.
Stanger & Arnold, LLP                               Gordon, Muir and Foley, LLP
29 South Main Street                                10 Columbus Boulevard
West Hartford, CT 06107                             Hartford, CT  06106-5123
Fed Board#: ct24747                                 Fed. Board # ct22572
Tel (860) 561-0650                                  Tel (860) 525-5361
Fax (860) 561-0646                                  Fax (860) 525-4849
pvd@salaw.us                                        jsnyder@gmflaw.com

## **C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing was mailed to the following counsel of record on this the 22nd day of March, 2004:

Peter Van Dyke, Esq.
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107

_____
        Jonathan E. Snyder

359428

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
915 LAFAYETTE BLVD.
BRIDGEPORT, CT 06604