**FILED**

2004 MAR 23  A 10: 13

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARSHALL AVIATION, LLC** | : | **CIVIL ACTION NO.** |
| **VS.** | : | **303CV1013 (SRU)** |
| **AIG AVIATION, INC., et al.** | : | **MARCH 22, 2004** |

### JOINT MOTION TO AMEND ORDER

Pursuant to an agreement between the parties, Marshall Aviation, LLC, AIG Aviation, Inc., and The Insurance Company of the State of Pennsylvania, hereby propose to further amend the Court's Order of January 12, 2004, requiring both parties to nominate their appraisers pursuant to the appraisal of loss provision in the subject insurance contract by January 26, 2004. The appraiser for the Plaintiff is presently in Indonesia and will likely remain there until on or about April 15, 2004. As he cannot meaningfully participate in the appraisal process, by consent, appraisers will be nominated by the parties on or before April 23, 2004.

**NO ORAL ARGUMENT REQUESTED**

MOTION GRANTED.
SO ORDERED.

GORDON, MUIR AND FOLEY, LLP, Attorneys at Law, Hartford Square North, Ten Columbus Boulevard, Hartford, CT 06106-1976
Telephone (860) 525-5361          Facsimile (860) 525-4849          Juris No. 24029