UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL AVIATION, LLC | : | CIVIL NO. 303CV1013(SRU) |
| Plaintiff | : | |
| VS. | : | |
| AIG AVIATION, INC. and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | : | |
| Defendants | : | APRIL 13, 2004 |

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT

**FIRST COUNT**:

1. As to paragraph 1, Defendants have insufficient knowledge or information to form a belief as to Marshall Aviation, LLC's states of organization and principal place of business, and leave Plaintiff to its proof. Defendants do not contest Plaintiff's allegations of jurisdiction or amount in controversy at this time, subject to contrary evidence that may be revealed in discovery. Defendants admit the remaining allegations of paragraph 1.

2. As to paragraph 2, Defendants have insufficient knowledge or information to form a belief and leave Plaintiff to its proof.

3-4. Paragraphs 3 and 4 are admitted.

1

**STANGER & ARNOLD**, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

5.  As to paragraph 5, Defendants admit that on or about November 14, 2002, during the course of routine maintenance being performed on the aircraft, the aircraft was subjected to a reverse polarity condition caused by the flow of electricity in an improper direction. Defendants deny the remaining allegations of paragraph 5.

6.  As to paragraph 6, Defendants admit that Plaintiff notified ICSOP of the damage to the aircraft through AIG. As to the remaining allegations of paragraph 6, Defendants have insufficient knowledge or information to form a belief and leave Plaintiff to its proof.

7-9.  Paragraphs 7 through 9 are denied.

**SECOND COUNT**:

10-17. Defendants' answers to paragraphs 1 through 8 of the First Count are hereby incorporated and made Defendants' answers to paragraphs 10 through 17 of the Second Count.

18-22. Paragraphs 18 through 22 are denied.

**THIRD COUNT**:

23-30. Defendants' answers to paragraphs 1 through 8 of the First Count are hereby incorporated and made Defendants' answers to paragraphs 23 through 30 of the Third Count.

31-33. Defendants' answers to paragraphs 18 through 20 of the Second Count are hereby incorporated and made Defendants' answers to paragraphs 31 through 33 of the Third Count.

34-35. Paragraphs 34 and 35 are denied.

**STANGER & ARNOLD**, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

**FOURTH COUNT**:

36-43. Defendants' answers to paragraphs 1 through 8 of the First Count are hereby incorporated and made Defendants' answers to paragraphs 36 through 43 of the Fourth Count.

44-46. Defendants' answers to paragraphs 18 through 20 of the Second Count are hereby incorporated and made Defendants' answers to paragraphs 44 through 46 of the Fourth Count.

47-48. Paragraphs 47 and 48 are denied.

49. All allegations of Plaintiff's Second Amended Complaint not already specifically admitted, denied, or otherwise responded to are hereby denied.

## AFFIRMATIVE DEFENSES

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

The Court lacks subject matter jurisdiction over Defendant's CUTPA and CUIPA claims.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's claims may be barred by doctrines of unclean hands, laches, estoppel, and waiver, and/or any recovery would result in Plaintiff being unjustly enriched.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's claims may be barred under the doctrine of res judicata.

3

**STANGER & ARNOLD**, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims may be barred by the doctrines of accord and satisfaction, payment, release, and/or discharge.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff's claims may be barred because the damages it alleged to have suffered resulted from its misuse and/or abuse of the subject aircraft.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff failed to mitigate its alleged damages.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff's claims under the Connecticut Unfair Trade Practices Act, C.G.S. § 42-110a et seq., are barred for lack of a legally cognizable injury.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff lacks standing to bring any claim under the Connecticut Unfair Trade Practices Act, C.G.S. § 42-110a et seq., because it has not sustained any injury-in-fact.

**TENTH AFFIRMATIVE DEFENSE**

If Plaintiff is entitled to an award of damages from Defendants, Defendants are entitled to a setoff of any amounts received by Plaintiff from Defendants or others in satisfaction of their claims for alleged damages.

**STANGER & ARNOLD**, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff and/or others over whom Defendants had no control may have failed to preserve the subject aircraft, and the subject aircraft's avionics, in their immediate post-incident condition, causing a spoliation of evidence that may irreparably prejudice Defendants in their defense of this case.

**TWELFTH AFFIRMATIVE DEFENSE**

Defendants hereby give notice that they intend to rely upon any additional affirmative defenses that become available or apparent and, thus, reserve the right to amend their Answers to assert such additional defenses.

                        DEFENDANTS

BY_____
    Steven E. Arnold, ct07966
    sea@SAlaw.us
    Peter Van Dyke, ct24747
    pvd@SAlaw.us
    Stanger & Arnold, LLP
    29 South Main Street
    West Hartford, CT 06107
    Tel. (860) 561-0650
    Fax. (860) 561-0646
    Their Attorneys

5

**STANGER & ARNOLD**, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent via facsimile and regular mail to the following counsel of record on April 13, 2004:

Robert J. O'Brien, Esq.
Jonathan E. Snyder, Esq.
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106

                                              Steven E. Arnold

**STANGER & ARNOLD**, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042