UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL AVIATION, LLC | : | CIVIL NO. 303CV1013(SRU) |
| Plaintiff | : | |
| VS. | : | |
| AIG AVIATION, INC. and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | : | |
| Defendants/Third-Party Plaintiffs | : | |
| VS. | : | |
| MJ AVIATION, LLC, LJ AVIATION, LLC and LOUIS PUGLIESE, JR. | : | APRIL 13, 2004 |
| Third-Party Defendants | : | |

## THIRD-PARTY COMPLAINT

### PARTIES

1.  Defendant/Third-Party Plaintiff, AIG Aviation, Inc. (AIG), is a corporation duly organized and existing under the laws of the State of Georgia, with its principal place of business in a state other than the State of Connecticut.

2.  Defendant/Third-Party Plaintiff, The Insurance Company of the State of Pennsylvania (ICSOP), is a corporation duly organized and existing under the laws of the State of

1

Pennsylvania, with its principal place of business in a state other than the State of Connecticut.

3. Third-Party Defendant, MJ Aviation, LLC, is a limited liability company duly organized and existing under the laws of the State of Connecticut, with its principal place of business at 1 Wallingford Road, Danbury, Connecticut 06810.

4. Third-Party Defendant, LJ Aviation, LLC, is a limited liability company duly organized and existing under the laws of the State of Connecticut, with its principal place of business at 1 Wallingford Road, Danbury, Connecticut 06810.

5. Third-Party Defendant, Louis Pugliese, Jr. (Pugliese), is a resident of Connecticut, and/or a member, employee and/or agent of MJ Aviation, LLC and/or LJ Aviation, LLC.

## JURISDICTION AND VENUE

6. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1332 and 1367(a), and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7. Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

## CLAIMS

8. At all relevant times MJ Aviation, LLC and LJ Aviation, LLC were engaged in the business of servicing and repairing aircraft.

9. At all relevant times Pugliese, individually and/or as an employee or agent of MJ

2

Aviation, LLC and/or LJ Aviation, LLC, was engaged in the business of servicing and repairing aircraft.

10. On or about November 14, 2002, Third-Party Defendants, their employees and/or agents performed an annual inspection and routine maintenance on Plaintiff, Marshall Aviation, LLC's 1974 Beech Baron 58 aircraft (aircraft), and Third-Party Defendants installed the aircraft battery backwards, causing a reverse polarity condition that damaged the aircraft's electronics and avionics.

11. On or about June 9, 2003, Plaintiff commenced this action to recover under Plaintiff's insurance policy with ICSOP for Plaintiff's alleged damages caused by Third-Party Defendants' negligent battery installation.

12. Plaintiff's alleged damages were caused by Third-Party Defendants' negligent aircraft battery installation.

13. By Plaintiff's insurance contract with ICSOP, Defendants/Third-Party Plaintiffs seek their subrogation recovery rights against Third-Party Defendants to the extent of Plaintiff's alleged damages.

14. Third-Party Defendants are liable to Defendants/Third-Party Plaintiffs by way of subrogation and for indemnity to hold Defendants/Third-Party Plaintiffs harmless for all sums they may pay and expenses they have and will incur with respect to Plaintiff's alleged damages.

3

WHEREFORE, Defendants/Third-Party Plaintiffs claim as to all Third-Party Defendants:

1. Compensatory damages;

2. Attorney's fees;

3. Interest;

4. Costs; and

5. Such other relief that law or in equity doth appertain.

> DEFENDANTS/THIRD-PARTY PLAINTIFFS
> AIG AVIATION, INC. and
> THE INSURANCE COMPANY OF
> THE STATE OF PENNSYLVANIA
>
>
> BY_____
> Steven E. Arnold, ct07966
> sea@SAlaw.us
> Peter Van Dyke, ct24747
> pvd@SAlaw.us
> Stanger & Arnold, LLP
> 29 South Main Street
> West Hartford, CT 06107
> Tel. (860) 561-0650
> Fax. (860) 561-0646
> Their Attorneys

4

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on April 13, 2004:

Robert J. O'Brien, Esq.
Jonathan E. Snyder, Esq.
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106

 

_____
Steven E. Arnold

**STANGER & ARNOLD**, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042