UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARSHALL AVIATION, LLC** <br> Plaintiff(s), Petitioner(s) <br><br> against <br><br> **AIG AVIATION, INC. AND THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA** <br> Defendant(s), Respondent(s) | CLIENT: Steven E. Arnold, Esquire <br> INDEX NO.: 303CV1013 (SRU) <br> DATE OF FILING: 4/13/2004 <br><br> **RETURN OF SERVICE** |

**FILED**
2004 APR 26  P 3: 13
U.S. DISTRICT COURT
BRIDGEPORT. CONN

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Eric Rubin, attest and say, that I am not a party to this action. I am over 18 years of age and reside in Bethel, CT.

By and at the direction of the attorney, on **April 19, 2004 at 4:44 PM at 1 Wallingford Road, Danbury, CT 06810**, I served the within **Third-Party Summons and Third-Party Complaint; Second Amended Complaint** upon **Louis Pugliese, Jr.**, (Defendant/Witness) herein known as Recipient.

Said service was effected in the following manner:

I made due and legal service of the within **Third-Party Summons and Third-Party Complaint; Second Amended Complaint** by delivering thereat a true and attested copy *of each* to **Louis Pugliese, Jr.**, personally; I knew said person so served to be the person mentioned and described as said recipient therein because they identified themselves as such.

I describe the individual served to the best of my ability at the time and circumstances of service as follows:

Sex: **Male**  Skin: **White**  Hair: **Brown**  Age(Approx): **36-50**  Height(Approx): **5'4" - 5'8"**  Weight(Approx): **161-200 lbs**

ATTEST:

_____
Eric Rubin, Private Process Server

Service $45.00
Total Fees: $45.00

**CONNECTICUT PROCESS SERVING, LLC**
9 Beaumont Street
East Hartford, CT, 06108-1533
(860) 528-2920 , (860) 528-2720 Fax
lglprocess@aol.com  http://www.legalprocess.com

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Connecticut

PLAINTIFF

Marshall Aviation, LLC

V. DEFENDANT AND THIRD PARTY PLAINTIFF

AIG Aviation, Inc. and
The Insurance Company of the State of Pennsylvania

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 303CV1013 (SRU)

V. THIRD PARTY DEFENDANT

MJ Aviation, LLC
LJ Aviation, LLC and
Louis Pugliese, Jr.

To: Name and address of Third Party Defendant

```
MJ Aviation, LLC, 7 Weindorf Lane, Danbury, CT 06810 - Agent: Joan Sherwood
LJ Aviation, LLC, 7 Weindorf Lane, Danbury, CT 06810 - Agent: Joan Sherwood
Louis Pugliese, Jr., 1 Wallingford Road, Danbury, CT 06810
```

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Robert J. O'Brien, Esq.<br>Jonathan Snyder, Esq.<br>Gordon, Muir and Foley, LLP<br>10 Columbus Boulevard<br>Hartford, CT 06106 | Steven E. Arnold<br>Peter Van Dyke<br>Stanger & Arnold, LLP<br>29 South Main Street<br>West Hartford, CT 06107 |

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEVIN F. ROWE**

CLERK _/s/ Susan D'Andrea_

(By) DEPUTY CLERK

DATE  APR 13 2004

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.