FILED
2004 APR 22 P 12: 49
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL AVIATION, LLC | : | CIVIL ACTION NO. |
| | : | 303CV1013 (SRU) |
| VS. | : | |
| | : | |
| AIG AVIATION, INC. | : | APRIL 15, 2004 |

## JOINT MOTION FOR AMENDMENT OF SCHEDULING ORDER

Pursuant to an agreement between the parties, Marshall Aviation, LLC, AIG Aviation, Inc., and The Insurance Company of the State of Pennsylvania, hereby propose to amend the Scheduling Order in the following manner:

Deposition of Plaintiff's expert will be completed by no later than April 30, 2004.

The Defendants will provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by no later than 25 days after the deposition of plaintiff's expert. Deposition of such experts of the defendants will be completed by no later than 45 days after said expert reports are disclosed to the plaintiff.

Fact witnesses will be completed by both parties by June 30, 2004.

Dispositive motions will be filed on or before July 30, 2004.

No other deadlines are requested or anticipated to be affected by these changes.

**NO ORAL ARGUMENT REQUESTED**

Motion Granted.
Discovery cutoff date June 30, 2004
Dispositive Motions due by July 30, 2004
SO ORDERED 4/27/04
Stefan R. Underhill, U.S.D.J.

GORDON, MUIR AND FOLEY, LLP, Attorneys at Law, Hartford Square North, Ten Columbus Boulevard, Hartford, CT 06106-1976
Telephone (860) 525-5361    Facsimile (860) 525-4849    Juris No. 24029