```
                                                              FILED

                                                         2004 MAY -4  P 12: 08

              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT        U.S. DISTRICT COURT
                                                 BRIDGEPORT, CONN
```

MARSHALL AVIATION, LLC          :   CIVIL ACTION NO.

v.                              :   303CV1013 (SRU)

AIG AVIATION, INC. and          :
THE INSURANCE COMPANY OF        :
THE STATE OF PENNSYLVANIA       :

v.                              :

MJ AVIATION, LLC, LJ AVIATION, LLC :
and LOUIS PUGLIESE, JR.         :   MAY 3, 2004

## APPEARANCE

Please enter my appearance for the third-party defendants, LJ Aviation, LLC and Louis Pugliese, Jr. only in the above-entitled action.

                            THE DEFENDANTS,
                            LJ AVIATION, LLC and LOUIS PUGLIESE, JR.

                            BY:_____
                            Richard J. Kenny
                            Federal Bar No. ct04311
                            Kenny, O'Keefe & Usseglio, P.C.
                            Their Attorneys
                            21 Oak Street, Suite 208
                            Hartford, CT 06106
                            (860) 246-2700
                            (860) 246-6480

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed; postage prepaid this 3rd day of May, 2004 to the following:

Robert J. O'Brien, Esq.
Jonathan Snyder, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106

Steven E. Arnold, Esq.
Peter Van Dyke, Esq.
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107

_____
Richard J. Kenny
Kenny, O'Keefe & Usseglio, P.C.