**FILED**

2004 MAY -4  P 12: 08

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL AVIATION, LLC | : | CIVIL ACTION NO. |
| v. | : | 303CV1013 (SRU) |
| AIG AVIATION, INC. and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | : | |
| v. | : | |
| MJ AVIATION, LLC, LJ AVIATION, LLC and LOUIS PUGLIESE, JR. | : | MAY 3, 2004 |

**MOTION FOR EXTENSION OF TIME**

The third-party defendants, LJ Aviation, LLC and Louis Pugliese, Jr., hereby move the court pursuant to Local Rule 7(b) for an extension of time to June 8, 2004 to file an answer or motion address to the third-party complaint. It is represented to the court that this is the first Motion for Extension of Time filed with respect to the third-party complaint by these third-party defendants and that counsel for the third-party plaintiffs has no objection to the Motion for Extension of Time.

Wherefore the parties respectfully request that this court grant their motion for extension of time.

THE DEFENDANTS,
LJ AVIATION, LLC and LOUIS PUGLIESE, JR.

BY: _____
Richard J. Kenny
Federal Bar No. ct04311
Kenny, O'Keefe & Usseglio, P.C.
Their Attorneys
21 Oak Street, Suite 208
Hartford, CT 06106
(860) 246-2700
(860) 246-6480

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed; postage prepaid this 3rd day of May, 2004 to the following:

Robert J. O'Brien, Esq.
Jonathan Snyder, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106

Steven E. Arnold, Esq.
Peter Van Dyke, Esq.
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107

_____
Richard J. Kenny
Kenny, O'Keefe & Usseglio, P.C.