```
                                            FILED
                                       2004 MAY -5 P 12: 11
                                       U.S. DISTRICT COURT
              UNITED STATES DISTRICT COURT
                                       BRIDGEPORT, CONN
                   DISTRICT OF CONNECTICUT
```

MARSHALL AVIATION, LLC,          :
                                 :
        Plaintiff,          :
                                 :
V.                               :
                                 :
A1G AVIATION, INC. and           :
THE INSURANCE COMPANY OF THE STATE :
OF PENNSYLVANIA,                 : CIVIL ACTION NO.
                                 : 3:03-cv-1013 (SRU)
        Defendants,         :
                                 :
V.                               :
                                 :
MJ AVIATION, LLC, LJ AVIATION, LLC :
And LOUIS PUGLIESE, JR.          :
---------------------------------  MAY 3, 2004

## APPEARANCE

TO:  Clerk of the Court
     United States District Court, 915 Lafayette Blvd.
     Bridgeport, CT 06604

Please enter the Appearance of Eric P. Smith in this action on behalf of the **Third-Party Defendant, MJ Aviation, LLC (ONLY)**.

                                THE THIRD=PARTY DEFENDANT,
                                MJ Aviation, LLC

                                BY:  _____
                                       ERIC P. SMITH, ESQ.
                                       Federal Bar No. ct16141

CERTIFICATION

This shall certify that a copy of the foregoing was served via U.S. mail, postage prepaid, on May 3, 2004 as follows:

Robert J. O'Brien, Esq.
Jonathan Snyder, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Blvd., #53
Hartford, CT 06106-5123
(860) 525-5361
(860) 525-4849 (fax)
*Counsel to Plaintiff*

Steven E. Arnold, Esq.
Peter Van Dyke, Esq.
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
(860) 561-0650
(860) 561-0646 (fax)
*Counsel to Defendants/Third-Party Plaintiffs*

_____
Eric P. Smith