47

*moreyttime*

**FILED**

2004 MAY -4  P 12: 08

U.S. DISTRICT COURT
BRIDGEPORT. CONN

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL AVIATION, LLC | : | CIVIL ACTION NO. |
| v. | : | 303CV1013 (SRU) |
| AIG AVIATION, INC. and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | : : : | |
| v. | : | |
| MJ AVIATION, LLC, LJ AVIATION, LLC and LOUIS PUGLIESE, JR. | : : | MAY 3, 2004 |

**FILED** 2004 MAY -6  U.S. DISTRICT COURT BRIDGEPORT, CONN

### MOTION FOR EXTENSION OF TIME

The third-party defendants, LJ Aviation, LLC and Louis Pugliese, Jr., hereby move the court pursuant to Local Rule 7(b) for an extension of time to June 8, 2004 to file an answer or motion address to the third-party complaint.  It is represented to the court that this is the first Motion for Extension of Time filed with respect to the third-party complaint by these third-party defendants and that counsel for the third-party plaintiffs has no objection to the Motion for Extension of Time.

Wherefore the parties respectfully request that this court grant their motion for extension of time.

GRANTED; ABSENT OBJECTION.

SO ORDERED. Stefan R. Underhill, U.S.D.J.