FILED

2004 MAY -6 A 11: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| MARSHALL AVIATION, LLC, | : |
| Plaintiff, | : |
| V. | : |
| AIG AVIATION, INC. and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | : CIVIL ACTION NO. : 3:03-cv-1013 (SRU) |
| Defendants, | : |
| V. | : |
| MJ AVIATION, LLC, LJ AVIATION, LLC And LOUIS PUGLIESE, JR. | : |
| | MAY 5, 2004 |

## ANSWER AND AFFIRMATIVE DEFENSES

Third-party defendant, MJ Aviation, LLC ("MJ Aviation") hereby answers and responds to the allegations contained in the Third-Party Complaint dated April 13, 2004 as follows:

### ANSWER

1. MJ Aviation lacks knowledge or information sufficient to form a belief concerning the allegations contained in

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

-1-

Paragraph 1 and, therefore, leaves the defendants/third-party plaintiffs to their proof.

2. MJ Aviation lacks knowledge or information sufficient to form a belief concerning the allegations contained in Paragraph 2 and, therefore, leaves the defendants/third-party plaintiffs to their proof.

3. MJ Aviation admits that it is a Connecticut limited liability company and that its principal place of business was located formerly at 1 Wallingford Road, Danbury, Connecticut 06810.

4. MJ Aviation lacks knowledge or information sufficient to form a belief concerning the allegations contained in Paragraph 4 and, therefore, leaves the defendants/third-party plaintiffs to their proof.

5. MJ Aviation admits that Louis Pugliese is a former employee of MJ Aviation, LLC. MJ Aviation lacks knowledge or information sufficient to form a belief concerning the remaining allegations contained in Paragraph 5 and, therefore, leaves the defendants/third-party plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

-2-

6. MJ Aviation lacks knowledge or information sufficient to form a belief concerning the allegations contained in Paragraph 6 and, therefore, leaves the defendants/third-party plaintiffs to their proof.

7. MJ Aviation lacks knowledge or information sufficient to form a belief concerning the allegations contained in Paragraph 7 and, therefore, leaves the defendants/third-party plaintiffs to their proof.

8. MJ Aviation admits that it previously was engaged in the business of servicing and repairing aircraft.

9. MJ Aviation admits that Louis Pugliese previously was an employee of MJ Aviation.

10. MJ Aviation admits that, on November 14, 2002, an annual inspection and routine maintenance was performed on the plaintiff's 1974 Beach Baron 58 aircraft. As for the remaining allegations contained in Paragraph 10, the defendants/third-party plaintiffs are left to their proof.

11. MJ Aviation admits that, on or about June 9, 2003, Marshall Aviation, LLC commenced an action against AIG Aviation,

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

-3-

Inc. and The Insurance Company of the State of Pennsylvania bearing docket number 3:03-CV-1013 (SRU). MJ Aviation states further that the plaintiff's allegations in that lawsuit are contained in its operative complaint.

12. MJ Aviation lacks knowledge or information sufficient to form a belief concerning the allegations contained in Paragraph 12 and, therefore, leaves the defendants/third-party plaintiffs to their proof.

13. MJ Aviation lacks knowledge or information sufficient to form a belief concerning the allegations contained in Paragraph 13 and, therefore, leaves the defendants/third-party plaintiffs to their proof. However, MJ Aviation denies that any subrogation rights that the defendants/third-party plaintiffs may possess are ripe.

14. MJ Aviation lacks knowledge or information sufficient to form a belief concerning the allegations contained in Paragraph 13 and, therefore, leaves the defendants/third-party plaintiffs to their proof. However, MJ Aviation denies that any subrogation rights that the defendants/third-party plaintiffs

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

-4-

may possess are ripe. MJ Aviation denies further that the defendants/third-party plaintiffs possess any viable cause of action against MJ Aviation sounding in indemnification.

## AFFIRMATIVE DEFENSES

**FIRST AFFIRMATIVE DEFENSE:**

The Third-Party Complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE:**

The defendants-third party plaintiffs have failed to mitigate their damages.

**THIRD SPECIAL DEFENSE:**

The plaintiff, whose rights are claimed to be subrogated to the defendants/third party plaintiffs, has failed to mitigate its damages.

```
                                THE THIRD-PARTY DEFENDANT,
                                MJ Aviation, LLC

                            BY: _____
                                ERIC P. SMITH, ESQ.
                                Federal Bar No. ct16141
```

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

-5-

## CERTIFICATION

This shall certify that a copy of the foregoing was served via U.S. mail, postage prepaid, on May 5, 2004 as follows:

Robert J. O'Brien, Esq.
Jonathan Snyder, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Blvd., #53
Hartford, CT 06106-5123
(860) 525-5361
(860) 525-4849 (fax)
*Counsel to Plaintiff*

Steven E. Arnold, Esq.
Peter Van Dyke, Esq.
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
(860) 561-0650
(860) 561-0646 (fax)
*Counsel to Defendants/Third-Party Plaintiffs*

_____
Eric P. Smith

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

-6-