FILED

2004 JUN 24  P 12: 44

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL AVIATION, LLC | : CIVIL ACTION NO. |
| v. | : 303CV1013 (SRU) |
| AIG AVIATION, INC. and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | : |
| v. | : |
| MJ AVIATION, LLC, LJ AVIATION, LLC and LOUIS PUGLIESE, JR. | : JUNE 23, 2004 |

### ANSWER AND SPECIAL DEFENSES OF THIRD-PARTY DEFENDANTS, LJ AVIATION, LLC AND LOUISE PUGLIESE, JR.

**ANSWER**:

1. As to the allegations contained in paragraphs 1, 2, 3, 6 and 7, these third-party defendants have insufficient knowledge or information upon which to form a belief and therefore deny the same and leave the third-party plaintiffs to their proof.

2. Paragraph 4 is admitted.

3. Paragraph 5 is admitted insofar as it alleges that third-party defendant, Louis Pugliese, Jr. is a resident of Connecticut and an employee of LJ Aviation, LLC. The remainder of said paragraph is denied.

4.   Paragraph 8 is denied with respect to the third-party defendant, LJ Aviation, LLC and admitted with respect to the third-party defendant, MJ Aviation, LLC.

5.   Paragraph 9 is admitted insofar as it alleges that the third-party defendant was an employee of the third-party defendant, MJ Aviation, LLC. The remainder of said paragraph is denied.

6.   Paragraph 10 is admitted insofar as it alleges an annual inspection on or about November 14, 2002. The remainder of said paragraph is denied.

7.   Paragraphs 11, 12, 13 and 14 are denied.

## FIRST SPECIAL DEFENSE

The third-party complaint fails to state a claim upon which relief may be granted.

## SECOND SPECIAL DEFENSE

The defendants and third-party plaintiffs and/or any party or parties whose rights are claimed to be subrogated to the defendants and third-party plaintiffs, have failed to mitigate their damages.

2

THE DEFENDANTS,
LJ AVIATION, LLC AND LOUIS PUGLIESE, JR.

BY: _____
Richard J. Kenny
Federal Bar No. ct04311
Kenny, O'Keefe & Usseglio, P.C.
Their Attorneys
21 Oak Street, Ste. 208
Hartford, CT 06106
(860) 246-2700
(860) 246-6480

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed; postage prepaid this 23rd day of June, 2004 to the following:

Robert J. O'Brien, Esq.
Jonathan Snyder, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106

Steven E. Arnold, Esq.
Peter Van Dyke, Esq.
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107

Eric P. Smith, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

                                                                   _____
                                                                   Richard J. Kenny
                                                                   Kenny, O'Keefe & Usseglio, P.C.