UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| MARSHALL AVIATION, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| V. | : |
| | : |
| AIG AVIATION, INC. and | : |
| THE INSURANCE COMPANY OF THE STATE | : |
| OF PENNSYLVANIA, | :    CIVIL ACTION NO. |
| | :    3:03-cv-1013 (SRU) |
| Defendants, | : |
| | : |
| V. | : |
| | : |
| MJ AVIATION, LLC, LJ AVIATION, LLC | : |
| and LOUIS PUGLIESE, JR. | : |

------------------------------------  JULY 16, 2004

**APPEARANCE**

**TO:  Clerk of the Court, United States District Court,
915 Lafayette Blvd., Bridgeport, CT  06604**

        Please enter the Appearance of Eric P. Smith in this action

on behalf of the **Third-Party Defendant**, **Louis Pugliese, Jr.**, <u>IN

ADDITION TO</u> his counsel of record.

                        THE THIRD-PARTY DEFENDANT,
                        LOUIS PUGLIESE, JR.

                        BY: _____
                              ERIC P. SMITH, ESQ.
                              Federal Bar No. ct16141

<u>CERTIFICATION</u>

This shall certify that a copy of the foregoing was served via U.S. mail, postage prepaid, on JULY 16, 2004 as follows:

Robert J. O'Brien, Esq.
Jonathan Snyder, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Blvd., #53
Hartford, CT 06106-5123
(860) 525-5361
(860) 525-4849 (fax)
*Counsel to Plaintiff*

Steven E. Arnold, Esq.
Peter Van Dyke, Esq.
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
(860) 561-0650
(860) 561-0646 (fax)
*Counsel to Defendants/Third-Party Plaintiffs*

Richard J. Kenny, Esq.
Kenny, O'Keefe & Usseglio, P.C.
21 Oak Street, Suite 208
Hartford, CT 06106
*Counsel to Third-Party Defendant LJ Aviation, LLC*

_____
Eric P. Smith