UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL AVIATION, LLC | : | CIVIL NO. 303CV1013(SRU) |
| Plaintiff | : | |
| VS. | : | |
| AIG AVIATION, INC. and<br>THE INSURANCE COMPANY OF<br>THE STATE OF PENNSYLVANIA | : | |
| Defendants/Third-Party Plaintiffs | : | |
| VS. | : | |
| MJ AVIATION, LLC, LJ AVIATION, LLC and<br>LOUIS PUGLIESE, JR. | : | JULY 30, 2004 |
| Third-Party Defendants | : | |

### JOINT MOTION TO MODIFY AMENDED SCHEDULING ORDER

Pursuant to an agreement between Marshall Aviation, LLC, AIG Aviation, Inc., and The Insurance Company of the State of Pennsylvania, the parties hereby move to modify the Court's Amended Scheduling Order in the following manner:

The deposition of Bernard Coogan and Fredrick Wilken will be completed within two weeks from receipt of a final report in the appraisal of loss process from neutral umpire Kenneth Dufour; and

Dispositive motions will be filed within 30 days after receipt of said report.

**NO ORAL ARGUMENT REQUESTED**

1

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

No other deadlines are requested or anticipated to be affected by these changes.

| Defendants' Counsel: | Plaintiff's Counsel: |
|---|---|
| _____ | _____ |
| Peter M. Van Dyke | Jonathan E. Snyder, Esq. |
| Stanger & Arnold, LLP | Gordon, Muir and Foley, LLP |
| 29 South Main Street | 10 Columbus Boulevard |
| West Hartford, CT 06107 | Hartford, CT 06106-5123 |
| Fed Board#: ct24747 | Fed. Board # ct22572 |
| Tel (860) 561-0650 | Tel (860) 525-5361 |
| Fax (860) 561-0646 | Fax (860) 525-4849 |
| pvd@salaw.us | jsnyder@gmflaw.com |

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was sent via regular mail to the following counsel of record on July 30, 2004:

Robert J. O'Brien, Esq.
Jonathan E. Snyder, Esq.
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106

Eric P. Smith, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Richard J. Kenny, Esq.
Kenny, O'Keefe & Usseglio, P.C.
21 Oak Street, Suite 208
Hartford, CT 06016

                           Peter M. Van Dyke

**STANGER & ARNOLD**, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042