FILED

2004 AUG 24 P 2: 35

U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL AVIATION, LLC | : CIVIL ACTION NO. |
| v. | : 303CV1013 (SRU) |
| AIG AVIATION, INC. and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | : |
| v. | : |
| MJ AVIATION, LLC, LJ AVIATION, LLC and LOUIS PUGLIESE, JR. | : AUGUST 23, 2004 |

### APPEARANCE

Please enter my appearance for the third-party defendants, LJ Aviation, LLC and Louis Pugliese, Jr. only in the above-entitled action in addition to Richard J. Kenny. My e-mail for notification purposes is gokeefe@kou-law.com.

          THE DEFENDANTS,
          LJ AVIATION, LLC and LOUIS PUGLIESE, JR.

          BY: _____
          Garrett F. O'Keefe
          Federal Bar No. ct24456
          Kenny, O'Keefe & Usseglio, P.C.
          Their Attorneys
          21 Oak Street, Suite 208
          Hartford, CT 06106
          (860) 246-2700

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed; postage prepaid this 23rd day of August, 2004 to the following:

Robert J. O'Brien, Esq.
Jonathan Snyder, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106

Steven E. Arnold, Esq.
Peter Van Dyke, Esq.
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107

Eric P. Smith, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

                                                                                    _____
                                                                                    Garrett F. O'Keefe
                                                                                    Kenny, O'Keefe & Usseglio, P.C.