FILED

2004 OCT 21  A 11: 57

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARSHALL AVIATION, LLC** | : | CIVIL ACTION NO. |
| VS. | : | 303CV1013 (SRU) |
| AIG AVIATION, INC. and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | : | OCTOBER 20, 2004 |

## MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR ORDER TO DISMISS OR SEVER AND STAY PROPOSED THIRD-PARTY COMPLAINT

Pursuant to the Federal Rules of Civil Procedure, the Plaintiff, Marshall Aviation, LLC, hereby withdraws its Motion for Order to Dismiss or Sever and Stay Proposed Third-Party Complaint filed by the Plaintiff on May 6, 2004.

PLAINTIFF,
MARSHALL AVIATION, LLC

_____
ROBERT J. O'BRIEN
JONATHAN E. SNYDER
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
(860) 525-5361
Federal Bar No. ct05489
Email: ro'brien@gmflaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, first class postage prepaid mail, on October 20, 2004, to:

Steven E. Arnold, Esquire
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107

Eric P. Smith, Esq.
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Richard J. Kenny, Esq.
Kenny, O'Keefe & Usseglio, PC
21 Oak Street, #208
Hartford, CT 06106-8002

_____
JONATHAN E. SNYDER

::ODMA\PCDOCS\DOCS\374646\1

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS No. 24029