UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL AVIATION, LLC | : | CIVIL ACTION NO. |
| | : | |
| v. | : | 303CV1013 (SRU) |
| | : | |
| AIG AVIATION, INC. and | : | |
| THE INSURANCE COMPANY OF | : | |
| THE STATE OF PENNSYLVANIA | : | |
| | : | |
| v. | : | |
| | : | |
| MJ AVIATION, LLC, LJ AVIATION, LLC | : | |
| and LOUIS PUGLIESE, JR. | : | NOVEMBER 23, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the third party defendant, LJ Aviation, LLC, respectfully moves this Court for an order granting summary judgment dismissing the Third Party Complaint on the ground that there is no genuine issue of material fact in dispute and that LJ Aviation, LLC is entitled to judgment dismissing the Third Party Complaint as a matter of law because LJ Aviation, LLC was not a legal entity in existence at the time of the allegations contained in the Third Party Complaint.  The arguments in support of this Motion for Summary Judgment are set forth more fully in the accompanying Memorandum of Law, to which this Court is respectfully referred.

**ORAL ARGUMENT REQUESTED**

THE DEFENDANT,
LJ AVIATION, LLC

BY: _____
    Richard J. Kenny
    Federal Bar No. ct04311
    Kenny, O'Keefe & Usseglio, P.C.
    Its Attorneys
    21 Oak Street, Ste. 208
    Hartford, CT 06106
    (860) 246-2700
    (860) 246-6480

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was mailed; postage prepaid this 23rd day of November, 2004 to the following:

Robert J. O'Brien, Esq.
Jonathan Snyder, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106

Steven E. Arnold, Esq.
Peter Van Dyke, Esq.
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107

Eric P. Smith, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

                     _____
                     Richard J. Kenny
                     Kenny, O'Keefe & Usseglio, P.C.