UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL AVIATION, LLC | : | CIVIL ACTION NO. |
| | : | |
| v. | : | 303CV1013 (SRU) |
| | : | |
| AIG AVIATION, INC. and | : | Local Rule 56(a) 1 Statement |
| THE INSURANCE COMPANY OF | : | |
| THE STATE OF PENNSYLVANIA | : | |
| | : | |
| v. | : | |
| | : | |
| MJ AVIATION, LLC, LJ AVIATION, LLC | : | |
| and LOUIS PUGLIESE, JR. | : | NOVEMBER 23, 2004 |

Third Party Defendant, LJ Aviation, LLC, by and through its attorney, Kenny, O'Keefe & Usseglio, P.C., moves for summary judgment and contends that there is no genuine issue to be tried as to the following facts:

1. LJ Aviation, LLC was formed as a limited liability corporation on November 27, 2002. See Pugliese Affidavit at ¶ 5;

2. Both Marshall Aviation and AIG Aviation allege that the damage to the aircraft occurred on November 14, 2002. See Third-Party Complaint at ¶ 10;

3. AIG Aviation further alleges that LJ Aviation was engaged in the business of servicing and repairing aircraft at all relevant times. Id. at ¶ 8;

4.  LJ Aviation was not engaged in the business of servicing and repairing aircraft on November 14, 2002.  See Pugliese Affidavit at ¶ 4;

5.  MJ Aviation LLC sold the maintenance shop located at 1 Wallingford Road to LJ Aviation LLC on December 1, 2002.  See Pugliese Affidavit at ¶ 7;

6.  Under the sale agreement, LJ Aviation assumed all assets and financial liabilities of MJ Aviation incurred of as of November 30, 2002.  See Pugliese Affidavit at ¶ 8;

7.  Moreover, under the Agreement, the parties agreed that LJ Aviation "will not be held responsible for any liabilities arising out of operations from the goods sold, services and/or work performed, including bodily injury or property damage by MJ Aviation LLC, their employees, or affiliates prior to November 30, 2002." See Pugliese Affidavit at ¶ 9.

    THE DEFENDANT,
LJ AVIATION, LLC

BY: _____
    Richard J. Kenny
    Federal Bar No. ct04311
    Kenny, O'Keefe & Usseglio, P.C.
    Their Attorneys
    21 Oak Street, Ste. 208
    Hartford, CT 06106
    (860) 246-2700
    (860) 246-6480

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed; postage prepaid this 23rd day of November, 2004 to the following:

Robert J. O'Brien, Esq.
Jonathan Snyder, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106

Steven E. Arnold, Esq.
Peter Van Dyke, Esq.
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107

Eric P. Smith, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

                                          Richard J. Kenny
                                          Kenny, O'Keefe & Usseglio, P.C.