## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL AVIATION, LLC | : | CIVIL ACTION NO. |
| | : | |
| v. | : | 303CV1013 (SRU) |
| | : | |
| AIG AVIATION, INC. and | : | **AFFIDAVIT** |
| THE INSURANCE COMPANY OF | : | |
| THE STATE OF PENNSYLVANIA | : | |
| | : | |
| v. | : | |
| | : | |
| MJ AVIATION, LLC, LJ AVIATION, LLC | : | |
| and LOUIS PUGLIESE, JR. | : | |

STATE OF CONNECTICUT   )
                       ) ss:
COUNTY OF NEW HAVEN    )

    Louis Pugliese, Jr., being first duly sworn, deposes and says:

1. I am over the age of eighteen and understand the obligations of an oath;

2. I am a resident of New York and managing member of LJ Aviation, LLC;

3. I understand that LJ Aviation, LLC is a third party defendant in the above-captioned civil litigation brought by AIG Aviation, Inc. and The Insurance Company of the State of Pennsylvania for damages that allegedly occurred on or about November 14, 2002;

4. LJ Aviation, LLC was not engaged in the business of servicing and repairing aircraft on November 14, 2002;

5. LJ Aviation, LLC was formed as a limited liability corporation on November 27, 2002;

6. I have attached to this Affidavit, true and accurate copies of the business history of LJ Aviation, LLC as found on the Connecticut Secretary of State's Concord System. These documents support that LJ Aviation, LLC was not legally formed until November 27, 2002;

7. I have attached to this Affidavit, true and accurate copies of the agreements of November 26, 2002 and April 20, 2004 between MJ Aviation LLC and LJ Aviation LLC regarding the sale of the maintenance shop on December 1, 2002 (hereinafter referred to as "the Agreement").

8. Under the Agreement, LJ Aviation, LLC assumed all assets and financial liabilities of MJ Aviation, LLC incurred of as of November 30, 2002.

9. Moreover, under the Agreement, the parties agreed that LJ Aviation, LLC "will not be held responsible for any liabilities arising out of operations from the goods sold, services and/or work performed, including bodily injury or property damage by MJ Aviation LLC, their employees, or affiliates prior to November 30, 2002."

WHEREFORE, deponent further sayest not.

_____
Louis Pugliese, Jr.

Sworn to before me this

\_\_\_ day of November, 2004

_____

Notary Public

Case 3:03-cv-01013-SRU     Document 66-4     Filed 11/24/2004     Page 3 of 3