```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
_____
MARSHALL AVIATION, LLC,                :
                                       :
              Plaintiff,               :
                                       :
V.                                     :
                                       :
AIG AVIATION, INC., THE INSURANCE      :
COMPANY OF THE STATE OF                :
PENNSYLVANIA, MJ AVIATION, LLC,        :
LJ AVIATION, LLC, and                  :
LOUIS PUGLIENSE                        :  CIVIL ACTION NO.
                                       :  3:03-cv-1013 (SRU)
              Defendants,              :
                                       :
V.                                     :
                                       :
MJ AVIATION, LLC, LJ AVIATION, LLC     :
and LOUIS PUGLIESE, JR.                :
------------------------------------      NOVEMBER 24, 2004
```

**<u>ANSWER AND AFFIRMATIVE DEFENSES</u>**

Defendants MJ Aviation, LLC ("MJ Aviation") and Louis Pugliese, Jr. ("Pugliese") hereby answer and respond to the allegations against them in the Third Amended Complaint dated November 10, 2004 as follows:

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\Documents and Settings\DPanela\Local Settings\Temporary Internet Files\OLK161\Answer to Third Amended Complaint 11-24-04.doc
-1-

**ANSWER**

**NINTH COUNT:**

103. Denied as pled.  However, MJ Aviation states that on or about November 14, 2002, Marshall's aircraft was in the custody of MJ Aviation in Danbury, Connecticut for purposes of an annual inspection and maintenance.

104. Denied as pled.  However, MJ Aviation states that or around November 14, 2002, the aircraft's battery was improperly connected to the aircraft's electrical system, thereby creating a reverse polarity condition.

105. MJ Aviation denies the plaintiff's allegations that MJ Aviation was negligent.  As to the remaining allegations, the plaintiff is left to its proof.

106. MJ Aviation denies that it inflicted injury upon the plaintiff.  As to the remaining allegations, the plaintiff is left to its proof.

**ELEVENTH COUNT:**

112. Denied as pled.  However, Pugliese states that on or about November 14, 2002, Marshall's aircraft was in the custody

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\Documents and Settings\DPanela\Local Settings\Temporary Internet Files\OLK161\Answer to Third Amended Complaint 11-24-04.doc

-2-

of MJ Aviation in Danbury, Connecticut for purposes of an annual inspection and maintenance.

113. Denied.  However, Pugliese states that or around November 14, 2002, the aircraft's battery was improperly connected to the aircraft's electrical system, thereby creating a reverse polarity condition.  Pugliese also states that he attempted to start the aircraft's engine(s) on that date without knowledge that the aircraft's battery was improperly connected to the aircraft's electrical system.

114. Pugliese denies the plaintiff's allegations that Pugliese was negligent.  As to the remaining allegations, the plaintiff is left to its proof.

115. Pugliese denies that he inflicted injury upon the plaintiff.  As to the remaining allegations, the plaintiff is left to its proof.

**<u>AFFIRMATIVE DEFENSES</u>**

**FIRST AFFIRMATIVE DEFENSE:**

The Ninth Count of the Third Amended Complaint fails to state a claim upon which relief may be granted.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\Documents and Settings\DPamela\Local Settings\Temporary Internet Files\OLK161\Answer to Third Amended Complaint 11-24-04.doc

-3-

**SECOND AFFIRMATIVE DEFENSE:**

The Eleventh Count of the Third Amended Complaint fails to state a claim upon which relief may be granted.

**THIRD AFFIRMATIVE DEFENSE:**

The plaintiff has failed to mitigate his damages.

```
                              THE DEFENDANTS,
                              MJ Aviation, LLC and
                              Louis Pugliese, Jr.


                              BY: _____
                                  ERIC P. SMITH, ESQ.
                                  Federal Bar No. ct16141
```

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\Documents and Settings\DPamela\Local Settings\Temporary Internet Files\OLK161\Answer to Third Amended Complaint 11-24-04.doc

-4-

<u>CERTIFICATION</u>

This shall certify that a copy of the foregoing was served via U.S. mail, postage prepaid, on November 24, 2004 as follows:

Robert J. O'Brien, Esq.
Jonathan Snyder, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Blvd., #53
Hartford, CT 06106-5123
(860) 525-5361
(860) 525-4849 (fax)
*Counsel to Plaintiff*

Steven E. Arnold, Esq.
Peter Van Dyke, Esq.
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
(860) 561-0650
(860) 561-0646 (fax)
*Counsel to Defendants/Third-Party Plaintiffs*

Richard J. Kenny, Esq.
Kenny, O'Keefe & Usseglio, P.C.
21 Oak Street, Suite 208
Hartford, CT 06016
(860) 246-2700
(860) 246-6480 (fax)
*Counsel to Third-Party Defendant LJ Aviation, LLC*

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Eric P. Smith

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

C:\Documents and Settings\DPanela\Local Settings\Temporary Internet Files\OLK161\Answer to Third Amended Complaint 11-24-04.doc

-5-