UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
_____
MARSHALL AVIATION, LLC              :   CIVIL ACTION NO.
                                    :   3:03-cv-1013 (SRU)
v.                                  :
                                    :
AIG AVIATION, INC., THE  INSURANCE  :
COMPANY OF THE STATE OF             :
PENNSYLVANIA, MJ AVIATION, LLC,     :
LJ AVIATION, LLC and                :
LOUIS PUGLIESE, JR.                 :
                                    :
v.                                  :
                                    :
MJ AVIATION, LLC; LJ AVIATION, LLC; :
LOUIS PUGLIESE, JR. and             :
CESAR R. DASILVA                    :
------------------------------------:   NOVEMBER 24, 2004
```

### COUNTERCLAIM
### BY DEFENDANTS MJ AVIATION, LLC AND LOUIS PUGLIESE, JR.
### AGAINST PLAINTIFF

1.   On or about November 14, 2002, Cesar R. Dasilva improperly installed or connected the battery of the plaintiff's 1974 Beech Baron 58 Aircraft ("the aircraft"), causing a reverse polarity condition.

2.   The plaintiff alleges that this reverse polarity condition damaged the aircraft's electronics and avionics.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\COUNTERCLAIM BY MJ AVIATION AND PUGLIESE 11-18-04.DOC

3.  On or about November 14, 2002, while Cesar R. Dasilva was installing or connecting the battery of the plaintiff's 1974 Beech Baron 58 Aircraft ("the aircraft"), he was an agent or employee of the plaintiff acting within the scope of that agency or employment relationship.

4.  On or around November 10, 2004, the plaintiff amended its complaint to include claims sounding in negligence against MJ Aviation and Pugliese.

5.  If the plaintiff sustained damage or loss as a result of the aforementioned reverse polarity condition on November 14, 2002, said damages and losses were caused by the negligence of Cesar R. Dasilva, who negligently installed and/or connected said aircraft battery.

6.  Even if MJ Aviation or Pugliese was negligent as alleged by the plaintiff (which is expressly denied), it was the active negligence of Cesar R. Dasilva that caused the reverse polarity condition rather than any negligence on the part of MJ Aviation and Pugliese, which would have been passive.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\COUNTERCLAIM BY MJ AVIATION AND PUGLIESE 11-18-04.DOC

7. If MJ Aviation and/or Pugliese are found to be liable to the plaintiff as a consequence of the foregoing, then Cesar R. Dasilva is liable to MJ Aviation and/or Pugliese for their costs of defense, including attorneys' fees, and any judgment that may be obtained against them under principles of active-passive negligence and common law indemnification.

8. The plaintiff is vicariously liable for the negligence of Cesar R. Desilva under common law principles of agency and/or *respondeat superior*.

>                    Respectfully submitted,
>
>                    THE DEFENDANTS/COUNTERCLAIM PLAINTIFFS,
>                    MJ Aviation, LLC and
>                    Louis Pugliese, Jr.
>
>
>                    BY: _____
>                        ERIC P. SMITH, ESQ.
>                        Federal Bar No. ct16141

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\COUNTERCLAIM BY MJ AVIATION AND PUGLIESE 11-18-04.DOC

CERTIFICATION

This shall certify that a copy of the foregoing was served via U.S. mail, postage prepaid, on November 24, 2004 as follows:

Robert J. O'Brien, Esq.
Jonathan Snyder, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Blvd., #53
Hartford, CT 06106-5123
(860) 525-5361
(860) 525-4849 (fax)
*Counsel to Plaintiff*

Steven E. Arnold, Esq.
Peter Van Dyke, Esq.
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
(860) 561-0650
(860) 561-0646 (fax)
*Counsel to Defendant/Third-Party Plaintiffs*

Richard J. Kenny, Esq.
Kenny, O'Keefe & Usseglio, P.C.
21 Oak Street, Suite 208
Hartford, CT 06016
(860) 246-2700
(860) 246-6480 (fax)
*Counsel to Third-Party Defendant LJ Aviation, LLC*

                                                                       _____
                                                                       Eric P. Smith

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\COUNTERCLAIM BY MJ AVIATION AND PUGLIESE 11-18-04.DOC