UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL AVIATION, LLC | : CIVIL ACTION NO. |
| | : 3:03-cv-1013 (SRU) |
| v. | : |
| | : |
| AIG AVIATION, INC., THE INSURANCE | : |
| COMPANY OF THE STATE OF | : |
| PENNSYLVANIA, MJ AVIATION, LLC, | : |
| LJ AVIATION, LLC and | : |
| LOUIS PUGLIESE, JR. | : |
| | : |
| v. | : |
| | : |
| MJ AVIATION, LLC; LJ AVIATION, LLC; | : |
| LOUIS PUGLIESE, JR. and | : |
| CESAR R. DASILVA | : |
| ------------------------------------ | : NOVEMBER 24, 2004 |

**THIRD-PARTY COMPLAINT BY MJ AVIATION, LLC AND LOUIS PUGLIESE, JR.
AGAINST CESAR R. DASILVA**

1.  On or about November 14, 2002, Cesar R. Dasilva improperly installed or connected the battery of the plaintiff's 1974 Beech Baron 58 Aircraft ("the aircraft"), causing a reverse polarity condition.

2.  The plaintiff alleges that this reverse polarity condition damaged the aircraft's electronics and avionics.

3.  On or around November 10, 2004, the plaintiff amended its complaint to include claims sounding in negligence against MJ Aviation and Pugliese.

4.  If the plaintiff sustained damage or loss as a result of the aforementioned reverse polarity condition on November 14, 2002, said damages and losses were caused by the negligence of Cesar R. Dasilva, who negligently installed and/or connected said aircraft battery.

5.  Even if MJ Aviation or Pugliese was negligent as alleged by the plaintiff (which is expressly denied), it was the active negligence of Cesar R. Dasilva that caused the reverse polarity condition rather than any negligence on the part of MJ Aviation and Pugliese, which would have been passive.

6.  If MJ Aviation and/or Pugliese are found to be liable to the plaintiff as a consequence of the foregoing, then Cesar R. Dasilva is liable to MJ Aviation and/or Pugliese for their costs of defense, including attorneys' fees, and any judgment that may be obtained against them under principles of active-passive negligence and common law indemnification.

Respectfully submitted,

DEFENDANTS/THIRD-PARTY PLAINTIFFS,
MJ Aviation, LLC and
Louis Pugliese, Jr.

BY: _____
ERIC P. SMITH, ESQ.
Federal Bar No. ct16141

CERTIFICATION

This shall certify that a copy of the foregoing was served via U.S. mail, postage prepaid, on November 24, 2004 as follows:

Robert J. O'Brien, Esq.
Jonathan Snyder, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Blvd., #53
Hartford, CT 06106-5123
(860) 525-5361
(860) 525-4849 (fax)
*Counsel to Plaintiff*

Steven E. Arnold, Esq.
Peter Van Dyke, Esq.
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
(860) 561-0650
(860) 561-0646 (fax)
*Counsel to Defendant/Third-Party Plaintiffs*

Richard J. Kenny, Esq.
Kenny, O'Keefe & Usseglio, P.C.
21 Oak Street, Suite 208
Hartford, CT 06016
(860) 246-2700
(860) 246-6480 (fax)
*Counsel to Third-Party Defendant LJ Aviation, LLC*

_____
Eric P. Smith