UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARSHALL AVIATION, LLC** | : | **CIVIL ACTION NO.** |
| | : | |
| **VS.** | : | **303CV1013 (SRU)** |
| | : | |
| **AIG AVIATION, INC. ,** | : | |
| **THE INSURANCE COMPANY OF THE** | : | |
| **STATE OF PENNSYLVANIA,** | : | |
| **MJ AVIATION, LLC, LJ AVIATION, LLC,** | : | |
| **and LOUIS PUGLIESE, JR.** | : | **DECEMBER 1, 2004** |

**PLAINTIFF'S REPLY TO DEFENDANTS MJ AVIATION, LLC AND LOUIS PUGLIESE, JR.'S AFFIRMATIVE DEFENSES AND COUNTERCLAIM**

**REPLY TO SPECIAL DEFENSES:**

**FIRST AFFIRMATIVE DEFENSE:**

Denied.

**SECOND AFFIRMATIVE DEFENSE:**

Denied.

**THIRD AFFIRMATIVE DEFENSE:**

Denied.

**REPLY TO COUNTERCLAIM**

1. As to the allegations contained in Paragraph 1, the Plaintiff/Counterclaim

Defendant is without knowledge or information thereof sufficient to form a belief as to

the truth of said allegations and, therefore, leaves the Defendants/Counterclaim Plaintiffs to its proof.

2.      The Plaintiff/Counterclaim Defendant admits that it alleged in its Complaint that a reverse polarity condition damaged the aircraft's electronics and avionics and leaves the Defendants/Counterclaim Plaintiffs to their proof on the remainder.

3.      The allegations contained in Paragraph 3 are denied.

4.      The allegations contained in Paragraph 4 are admitted.

5.      As to the allegations contained in Paragraph 5, the Plaintiff/Counterclaim Defendant is without knowledge or information thereof sufficient to form a belief as to the truth of said allegations and, therefore, leaves the Defendants/Counterclaim Plaintiffs to its proof.

6.      As to the allegations contained in Paragraph 6, the Plaintiff/Counterclaim Defendant is without knowledge or information thereof sufficient to form a belief as to the truth of said allegations and, therefore, leaves the Defendants/Counterclaim Plaintiffs to its proof.

7.      As to the allegations contained in Paragraph 7, the Plaintiff/Counterclaim Defendant is without knowledge or information thereof sufficient to form a belief as to

the truth of said allegations and, therefore, leaves the Defendants/Counterclaim

Plaintiffs to its proof.

8.  The allegations contained in Paragraph 8 are denied.


                PLAINTIFF/COUNTERCLAIM DEFENDANT
                MARSHALL AVIATION, LLC


                _____
                ROBERT J. O'BRIEN
                JONATHAN E. SNYDER
                Gordon, Muir and Foley, LLP
                10 Columbus Boulevard
                Hartford, CT 06106
                (860) 525-5361
                Federal Bar No. ct05489
                Federal Bar No. ct22572
                Email: ro'brien@gmflaw.com
                Email: jsnyder@gmflaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid mail, on December 1, 2004, to:

Steven R. Arnold, Esq.
Stanger & Arnold, LLP
29 South Main Street, Suite 325
West Hartford, CT 06107

Eric P. Smith, Esq.
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Richard J. Kenny, Esq.
Kenny, O'Keefe & Usseglio, PC
21 Oak Street, #208
Hartford, CT 06106-8002

                                              JONATHAN E. SNYDER

::ODMA\PCDOCS\DOCS\379904\1