UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARSHALL AVIATION, LLC** | : | CIVIL ACTION NO. |
| | : | |
| VS. | : | 303CV1013 (SRU) |
| | : | |
| AIG AVIATION, INC. , | : | |
| THE INSURANCE COMPANY OF THE | : | |
| STATE OF PENNSYLVANIA, | : | |
| MJ AVIATION, LLC, LJ AVIATION, LLC, | : | |
| and LOUIS PUGLIESE, JR. | : | DECEMBER 3, 2004 |

**PLAINTIFF'S SPECIAL DEFENSES TO COUNTERCLAIM AND AMENDED REPLY TO DEFENDANTS MJ AVIATION, LLC AND LOUIS PUGLIESE, JR.'S AFFIRMATIVE DEFENSES AND COUNTERCLAIM**

**PLAINTIFF'S SPECIAL DEFENSES TO COUNTERCLAIM:**

**FIRST AFFIRMATIVE DEFENSE:**

The Counterclaim Plaintiffs fail to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE:**

The Counterclaim Plaintiffs claim for relief is barred under the doctrine of unclean hands.

**REPLY TO SPECIAL DEFENSES:**

**FIRST AFFIRMATIVE DEFENSE:**

Denied.

**SECOND AFFIRMATIVE DEFENSE:**

Denied.

**THIRD AFFIRMATIVE DEFENSE:**

Denied.

## REPLY TO COUNTERCLAIM

1. As to the allegations contained in Paragraph 1, the Plaintiff/Counterclaim Defendant is without knowledge or information thereof sufficient to form a belief as to the truth of said allegations and, therefore, leaves the Defendants/Counterclaim Plaintiffs to its proof.

2. The Plaintiff/Counterclaim Defendant admits that it alleged in its Complaint that a reverse polarity condition damaged the aircraft's electronics and avionics and leaves the Defendants/Counterclaim Plaintiffs to their proof on the remainder.

3. The allegations contained in Paragraph 3 are denied.

4. The allegations contained in Paragraph 4 are admitted.

5. As to the allegations contained in Paragraph 5, the Plaintiff/Counterclaim Defendant is without knowledge or information thereof sufficient to form a belief as to the truth of said allegations and, therefore, leaves the Defendants/Counterclaim Plaintiffs to its proof.

6.    As to the allegations contained in Paragraph 6, the Plaintiff/Counterclaim Defendant is without knowledge or information thereof sufficient to form a belief as to the truth of said allegations and, therefore, leaves the Defendants/Counterclaim Plaintiffs to its proof.

7.    As to the allegations contained in Paragraph 7, the Plaintiff/Counterclaim Defendant is without knowledge or information thereof sufficient to form a belief as to the truth of said allegations and, therefore, leaves the Defendants/Counterclaim Plaintiffs to its proof.

8.    The allegations contained in Paragraph 8 are denied.

    PLAINTIFF/COUNTERCLAIM DEFENDANT
    MARSHALL AVIATION, LLC

---

ROBERT J. O'BRIEN
JONATHAN E. SNYDER
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
(860) 525-5361
Federal Bar No. ct05489
Federal Bar No. ct22572
Email: ro'brien@gmflaw.com
Email: jsnyder@gmflaw.com

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid mail, on December 3, 2004, to:

Steven R. Arnold, Esq.
Stanger & Arnold, LLP
29 South Main Street, Suite 325
West Hartford, CT 06107

Eric P. Smith, Esq.
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Richard J. Kenny, Esq.
Kenny, O'Keefe & Usseglio, PC
21 Oak Street, #208
Hartford, CT 06106-8002

                                                                                                   JONATHAN E. SNYDER

::ODMA\PCDOCS\DOCS\380148\1