UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL AVIATION, LLC | : | CIVIL NO. 303CV1013(SRU) |
| Plaintiff | : | |
| VS. | : | |
| AIG AVIATION, INC. and<br>THE INSURANCE COMPANY OF<br>THE STATE OF PENNSYLVANIA | : | |
| Defendants/Third-Party Plaintiffs | : | |
| VS. | : | |
| MJ AVIATION, LLC, LJ AVIATION, LLC and<br>LOUIS PUGLIESE, JR. | : | DECEMBER 16, 2004 |
| Third-Party Defendants | : | |

**<u>AIG AVIATION, INC./INSURANCE COMPANY OF STATE OF PENNSYLVANIA'S
MOTION FOR EXTENSION OF TIME TO REPLY TO LJ AVIATION, LLC'S
MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), AIG Aviation, Inc. and The Insurance Company of the State of Pennsylvania move for an extension of time up to and including January 19, 2005, in which to reply to LJ Aviation, LLC's Motion for Summary Judgment [Dkt. #66]. A settlement conference is scheduled on January 4, 2005 with

**NO ORAL ARGUMENT REQUESTED**

1

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

Magistrate Judge William I. Garfinkel.  LJ Aviation, LLC's counsel has no objection to granting said extension of time.  This is AIG Aviation, Inc.'s and The Insurance Company of the State of Pennsylvania's first request for an extension of time.

          DEFENDANTS/THIRD-PARTY PLAINTIFFS
          AIG AVIATION, INC. and
          THE INSURANCE COMPANY OF
          THE STATE OF PENNSYLVANIA

BY_____
    Steven E. Arnold, ct07966
    sea@SAlaw.us
    Peter Van Dyke, ct24747
    pvd@SAlaw.us
    Stanger & Arnold, LLP
    29 South Main Street
    West Hartford, CT 06107
    Tel. (860) 561-0650
    Fax. (860) 561-0646
    Their Attorneys

**STANGER & ARNOLD,** LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via regular mail to the following counsel of record on December 16, 2004:

Robert J. O'Brien, Esq.
Jonathan E. Snyder, Esq.
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106

Eric P. Smith, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Richard J. Kenny, Esq.
Garrett O'Keefe, Esq.
Kenny, O'Keefe & Usseglio, P.C.
21 Oak Street, Suite 208
Hartford, CT 06016

Courtesy Copy To:

Honorable Stefan R. Underhill
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

_____
Peter M. Van Dyke

3

**STANGER & ARNOLD,** LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042