UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL AVIATION, LLC | : |
| | : |
| v. | : |
| | : |
| AIG AVIATION, INC. and | : Civil Action No. 3:03-cv-01013-SRU |
| THE INSURANCE COMPANY OF | : |
| THE STATE OF PENNSYLAVANIA | : |
| | : |
| v. | : |
| | : December 27, 2004 |
| MJ AVIATION, LLC, | : |
| LJ AVIATION, LLC, and | : |
| LOUIS PUGLIESE, JR. | : |
| | : |
| v. | : |
| | : |
| CESAR R. DASILVA | : |

**APPEARANCE**

Please enter my appearance for the third-party defendant, Cesar R. DaSilva, in this action. My electronic mail address for notification purposes is jment@rms-law.com.

THE THIRD-PARTY DEFENDANT,
CESAR R. DASILVA

BY: /s/ Jeffrey L. Ment
Jeffrey L. Ment, Esq. (ct12299)
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Telephone: (860) 549-1000
Facsimile: (860) 724-3921

## **CERTIFICATION**

I hereby certify that a copy of this Appearance was mailed this day, December 27, 2004, to the following:

Jonathan E. Snyder
Robert J. O'Brien
Gordon, Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-1976

Peter M. Van Dyke
Steven E. Arnold
Stanger & Arnold, LLP
29 S. Main Street, Suite 325
West Hartford, CT 06107

Garrett F. O'Keefe
Richard J. Kenny
Kenny, O'Keefe & Usseglio
21 Oak Street
Suite 208
Hartford, CT 06106

Eric P. Smith
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P. O. Box 1612
New Haven, CT 06506

_Jeffrey L. Ment_
Jeffrey L. Ment

391267

2

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726