UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL AVIATION, LLC : | |
| : | |
| v. : | |
| : | |
| AIG AVIATION, INC. and : | Civil Action No. 3:03-cv-01013-SRU |
| THE INSURANCE COMPANY OF : | |
| THE STATE OF PENNSYLAVANIA : | |
| : | |
| v. : | |
| : | December 27, 2004 |
| MJ AVIATION, LLC, : | |
| LJ AVIATION, LLC, and : | |
| LOUIS PUGLIESE, JR. : | |
| : | |
| v. : | |
| : | |
| CESAR R. DASILVA : | |

### ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM

The third-party defendant, Cesar R. DaSilva (DaSilva), by his undersigned counsel, for his answer to the third-party complaint and for his counterclaim, pleads as follows:

### ANSWER

1. DaSilva denies the allegations of paragraph 1.

2. DaSilva denies knowledge or information sufficient to form a belief as to the allegations of paragraph 2.

3. DaSilva denies knowledge or information sufficient to form a belief as to the allegations of paragraph 3.

4. DaSilva denies the allegations of paragraph 4.

5. DaSilva denies the allegations of paragraph 5.

6. DaSilva denies the allegations of paragraph 6.

## AFFIMATIVE DEFENSES

1. The third-party complaint fails to state a claim upon which relief can be granted.

2. If DaSilva improperly performed maintenance on the plaintiff's aircraft, which is expressly denied, he performed said maintenance under the direct instruction and supervision of MJ Aviation, LLC (MJ Aviation) personnel.

## COUNTERCLAIM

1. DaSilva holds a commercial pilot certificate issued by the Federal Aviation Administration (FAA). DaSilva is currently employed as a pilot for Shuttle America, a regional air carrier of United Express.

2. Prior to his employment by Shuttle America, DaSilva provided flight instruction at Danbury Municipal Airport in Danbury, Connecticut.

3. On several occasions, during periods that he was not providing flight instruction, DaSilva performed maintenance for Louis Pugliese, Jr. (Pugliese) and MJ Aviation in exchange for the opportunity to gain aviation maintenance experience.

*Rome McGuigan, P.C.* • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

    4. DaSilva was not compensated for his services, nor did he hold a mechanic or repairman certificate from the FAA.

    5. On many occasions, DaSilva referred business acquaintances, friends, and students to Pugliese and MJ Aviation.

    6. In accordance with 14 C.F.R. § 43.3(d), at no time did DaSilva perform maintenance for Pugliese or MJ Aviation without direct instruction or supervision.

    7. If DaSilva improperly performed maintenance on the plaintiff's aircraft, which is expressly denied, he performed said maintenance under the direct instruction and supervision of Pugliese and/or MJ Aviation.

    8. Moreover, under 14 C.F.R. § 43.3(d), Pugliese or other MJ Aviation personell were required to personally observe any work being done by DaSilva to ensure that it was being done properly.

    9. Accordingly, if any person improperly performed maintenance on the plaintiff's aircraft, then 14 C.F.R. § 43.3(d) fixes the responsibility for the improper maintenance on Pugliese and/or MJ Aviation.

    WHEREFORE, if DaSilva is found to be liable in this action for any reason, then the third-party plaintiff MJ Aviation, LLC is liable to DaSilva for his costs of defense, including

3

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

attorneys' fees, and any judgment that might be obtained against him under the common law principles of indemnification and respondeat superior.

Respectfully submitted,
ROME McGUIGAN, PC

By: _____
Jeffrey L. Ment, Esq. (ct12299)
One State Street, 13th Floor
Hartford, Connecticut 06103
Telephone: (860) 549-1000
Facsimile: (860) 724-3921
jment@rms-law.com

4

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

## CERTIFICATION

I hereby certify that a copy of this Answer, Affirmative Defenses, and Counterclaim was mailed this day, December 27, 2004, to the following:

Jonathan E. Snyder
Robert J. O'Brien
Gordon, Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-1976

Peter M. Van Dyke
Steven E. Arnold
Stanger & Arnold, LLP
29 S. Main Street, Suite 325
West Hartford, CT 06107

Garrett F. O'Keefe
Richard J. Kenny
Kenny, O'Keefe & Usseglio
21 Oak Street
Suite 208
Hartford, CT 06106

Eric P. Smith
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P. O. Box 1612
New Haven, CT 06506

_____
Jeffrey L. Ment

391330