UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL AVIATION, LLC : | |
| : | |
| v. : | |
| : | |
| AIG AVIATION, INC. and : | Civil Action No. 3:03-cv-01013-SRU |
| THE INSURANCE COMPANY OF : | |
| THE STATE OF PENNSYLAVANIA : | |
| : | |
| v. : | |
| : | December 27, 2004 |
| MJ AVIATION, LLC, : | |
| LJ AVIATION, LLC, and : | |
| LOUIS PUGLIESE, JR. : | |
| : | |
| v. : | |
| : | |
| CESAR R. DASILVA : | |

### MOTION TO ADMIT VISITING LAWYER

Pursuant to Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, Jeffrey L. Ment, the undersigned counsel for Cesar R. DaSilva, hereby moves that Attorney Robert J. Ernest be permitted to represent Mr. DaSilva before this Court in connection with the above-referenced action, and in support thereof, represents the following:

    1.    Attorney Ernest is an associate at my law firm, Rome McGuigan, P.C., with his office located at One State Street, Hartford, Connecticut 06103.

2.   Attorney Ernest has been practicing law since 1998, and he is admitted to practice before the courts of the Commonwealth of Massachusetts. He is a former attorney with the Federal Aviation Administration, New England Region, where he practiced before administrative law judges of the National Transportation Safety Board, the U.S. Department of Transportation, the U.S. Equal Employment Opportunity Commission, and the U.S. Merit Systems Protection Board. Additionally, while employed by the FAA, Attorney Ernest acted as agency counsel in litigation matters in the U.S. Court of Appeals for the District of Columbia, the U.S. District Court for the District of Massachusetts, and the U.S. Court of Federal Claims.

3.   Attorney Ernest is a member in good standing of the bar of the Commonwealth of Massachusetts.

4.   Upon motion for admission without examination, Attorney Ernest is scheduled to be admitted to the bar of the State of Connecticut on January 10, 2005.

5.   Attorney Ernest has never been denied admission *pro hac vice* by this Court or any other court; nor has he been disciplined by this Court or by any other court.

6.   The undersigned has attached the affidavit of Attorney Ernest and has filed herewith the fee of $25 pursuant to Rule 83.2(d)(2) of the Local Civil Rules.

*Rome McGuigan, P.C.* • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

WHEREFORE, the undersigned prays that this Court permit Attorney Ernest to represent Mr. DaSilva before this Court in connection with the above-referenced action.

Respectfully submitted,
ROME McGUIGAN, PC

By: _____
Jeffrey L. Ment, Esq. (ct12299)
One State Street, 13th Floor
Hartford, Connecticut 06103
Telephone: (860) 549-1000
Facsimile: (860) 724-3921
jment@rms-law.com

3

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

## CERTIFICATION

I hereby certify that a copy of this Motion to Admit Visiting Lawyer was mailed this day, December 27, 2004, to the following:

Jonathan E. Snyder
Robert J. O'Brien
Gordon, Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-1976

Peter M. Van Dyke
Steven E. Arnold
Stanger & Arnold, LLP
29 S. Main Street, Suite 325
West Hartford, CT 06107

Garrett F. O'Keefe
Richard J. Kenny
Kenny, O'Keefe & Usseglio
21 Oak Street
Suite 208
Hartford, CT 06106

Eric P. Smith
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P. O. Box 1612
New Haven, CT 06506

_____
Jeffrey L. Ment

13074-1.391318

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726