UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL AVIATION, LLC : | |
| : | |
| v. : | |
| : | |
| AIG AVIATION, INC. and : | Civil Action No. 3:03-cv-01013-SRU |
| THE INSURANCE COMPANY OF : | |
| THE STATE OF PENNSYLAVANIA : | |
| : | |
| v. : | |
| : | December 23, 2004 |
| MJ AVIATION, LLC, : | |
| LJ AVIATION, LLC, and : | |
| LOUIS PUGLIESE, JR. : | |
| : | |
| v. : | |
| : | |
| CESAR R. DASILVA : | |

### **AFFIDAVIT**

STATE OF CONNECTICUT

HARTFORD COUNTY

Robert J. Ernest, being duly sworn, deposes and says:

1.   I am an attorney and associate at the law firm of Rome McGuigan, P.C., One State Street, Hartford, Connecticut 06103, telephone: (860) 549-1000, facsimile: (860) 724-3921, e-mail address: rernest@rms-law.com.

2.	I have been practicing law since 1998, and I am admitted to practice before the courts of the Commonwealth of Massachusetts. I am a former attorney with the Federal Aviation Administration, New England Region, where I practiced before administrative law judges of the National Transportation Safety Board, the U.S. Department of Transportation, the U.S. Equal Employment Opportunity Commission, and the U.S. Merit Systems Protection Board. Additionally, while employed by the FAA, I acted as agency counsel in litigation matters in the U.S. Court of Appeals for the District of Columbia, the U.S. District Court for the District of Massachusetts, and the U.S. Court of Federal Claims.

3.	I am a member in good standing of the bar of the Commonwealth of Massachusetts.

4.	Upon motion for admission without examination, I am scheduled to be admitted to the bar of the State of Connecticut on January 10, 2005.

5.	I have not been denied admission *pro hac vice* by this Court or any other court, nor have I been disciplined by this Court or by any other court.

2

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

      6.      I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

                                                               Robert J. Ernest

Subscribed and sworn to before
me this 23rd day of December 2004

*[Signature: Annemarie P. Kosilla]*

391321

ANNEMARIE P. KOSILLA
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 31, 2007

3

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726