```
                    UNITED STATES DISTRICT COURT

                       DISTRICT  OF  CONNECTICUT
```

MARSHALL AVIATION, LLC

V.                              Case Number:  3:03cv1013 (SRU)

AIG AVIATION, INC., et al


                           NOTICE  TO  COUNSEL
                           --------------------


The above-entitled case was reported to the Court on <u>January 7, 2005</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on February 6, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, January 10, 2005.


```
                         KEVIN F. ROWE, CLERK

                         By: /s/ Alice Montz_____
                             Alice Montz
                             Deputy Clerk
```