# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:03-cv-01013-SRU

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Cesar R. DaSilva

_1/13/05_
**Date**

_phv00019_
**Connecticut Federal Bar Number**

_(860) 493-3516_
**Telephone Number**

_(860) 724-3921_
**Fax Number**

_rernest@rms-law.com_
**E-mail address**

_[signature]_
**Signature**

Robert J. Ernest
**Print Clearly or Type Name**
Rome McGuigan, P.C.
One State Street
**Address**
Hartford, CT 06103

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached list.

_[signature]_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

Jonathan E. Snyder
Robert J. O'Brien
Gordon, Muir & Foley
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-1976

Peter M. Van Dyke
Steven E. Arnold
Stanger & Arnold, LLP
29 S. Main Street, Suite 325
West Hartford, CT 06107

Garrett F. O'Keefe
Richard J. Kenny
Kenny, O'Keefe & Usseglio
21 Oak Street
Suite 208
Hartford, CT 06106

Eric P. Smith
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P. O. Box 1612
New Haven, CT 06506