FILED

2005 FEB -8  P 12: 24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL AVIATION, LLC | : | CIVIL ACTION NO. |
| v. | : | 303CV1013 (SRU) |
| AIG AVIATION, INC., THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | : | |
| v. | : | |
| MJ AVIATION, LLC, LJ AVIATION, LLC, and LOUIS PUGLIESE, JR. | : | |
| v. | : | |
| CESAR R. DASILVA | : | JANUARY   , 2005 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal with prejudice of all causes of action asserted in this action with the understanding that all parties will bear their own respective costs and fees. In furtherance of this understanding, the parties stipulate to the following:

1. Marshall Aviation, LLC's dismissal as to AIG Aviation, Inc., The Insurance Company of the State of Pennsylvania, MJ Aviation, LLC, LJ Aviation, LLC and Louis Pugliese, Jr.;

2. AIG Aviation, Inc.'s and The Insurance Company of the State of Pennsylvania's dismissal as to MJ Aviation, LLC, LJ Aviation, LLC and Louis Pugliese, Jr.; and

3. MJ Aviation, LLC's and Louis Pugliese, Jr.'s dismissal as to Marshall Aviation, LLC and Cesar R. DaSilva; and

4. Cesar R. DaSilva's dismissal as to MJ Aviation, LLC and Louis Pugliese, Jr.

PLAINTIFF,
MARSHALL AVIATION, LLC

By: _____
Robert J. O'Brien, ct05489
Jonathan E. Snyder, ct22572
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
Tel: (860)525-5361
Fax: (860)525-4849
ro'brien@gmflaw.com
jsnyder@gmflaw.com

DEFENDANTS:
MJ AVIATION, LLC and
LOUIS PUGLIESE, JR.

By: _____
Eric P. Smith, ct16141
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506
Tel: (203)787-0275
Fax: (203)782-0278
esmith@ltke.com

2

DEFENDANTS:
AIG AVIATION, INC. and
THE INSURANCE COMPANY OF
THE STATE OF PENNSYLVANIA

By: _____
Steven E. Arnold, ct07966
Peter Van Dyke, ct24747
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel: (860)561-0650
Fax: (860)561-0646
sea@SAlaw.us
pvd@SAlaw.us

DEFENDANT:
LJ AVIATION, LLC

By: _____
Richard J. Kenny, ct04311
Kenny, O'Keefe & Usseglio, P.C.
21 Oak Street, Suite 208
Hartford, CT 06106
Tel: (860)246-2700
Fax: (860)246-6480
rkenny@kou-law.com

DEFENDANT:
CESAR R. DaSILVA

By: _____
Robert J. Ernest phv00019
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103-3101
Tel: (860)549-1000
Fax: (860)724-3921
rernest@rms-law.com

3

## CERTIFICATION

I hereby certify that a copy of the above Stipulation of Dismissal was mailed; postage prepaid this 7th day of February, 2005 to the following:

Jonathan E. Snyder, Esq.
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-1976

Steven E. Arnold, Esq.
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107

Eric P. Smith, Esq.
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Robert J. Ernest, Esq.
Rome McGuigan, P.C.
One State Street, 13th Floor
Hartford, CT 06103-3101

_____
Richard J. Kenny
Commissioner of the Superior Court

KENNY, O'KEEFE & USSEGLIO, P.C.
CAPITOL PLACE • 21 OAK STREET, SUITE 208 • HARTFORD, CONNECTICUT 06106 • (860) 246-2700 • FACSIMILE (860) 246-6480 • JURIS NO. 420163